John L. Slafsky, State Bar No. 195513
Hollis Beth Hire, State Bar No. 203651
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
jslafsky@wsgr.com
hhire@wsgr.com

Attorneys for Plaintiff
Coupons, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN STOTTLEMIRE, and DOES 1-10,<br><br>　　　　Defendants. | Case No. 5:07-cv-03457 HRL<br><br>**PROOF OF PERSONAL SERVICE OF SUMMONS ON DEFENDANT JOHN STOTTLEMIRE**<br><br>Judge: Hon. Howard R. Lloyd<br>Courtroom: 2 |

PROOF OF SERVICE OF JOHN STOTTLEMIRE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| WILSON, SONSINI, ET AL<br>650 PAGE MILL ROAD<br>PALO ALTO CA 94304 | 650/493-9300<br><br>Ref. No. or File No.<br>27959-505 | |
| ATTORNEY FOR | | |
| Insert name of court and name of judicial district and branch if any. | | |
| SHORT TITLE OF CASE:<br>COUPONS, INC. V JOHN STOTTLEMIRE | | |

| INVOICE NO.<br>061734 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>C07 03457 HRL |
|---|---|---|---|---|

PROOF OF SERVICE

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED THE COPIES OF THE:

   SUMMONS & COMPLAINT
   CIVIL CASE COVER SHEET
   ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
   STANDING ORDERS
   COURT INFORMATION
   NOTICE OF ASSIGNMENT TO MAGISTRATE JUDGE
   ECF INFORMATION
   GENERAL ORDER 53 AND 40 AND 45
   ADR FORMS
   INSTRUCTIONS

2. a. PARTY SERVED: JOHN STOTTLEMIRE

   b. PERSON SERVED: JOHN STOTTLEMIRE

   AGE: 42  HEIGHT: 6'3  WEIGHT: 180  HAIR: SALT-PEP  RACE: EURO  SEX: M

   c. ADDRESS: 33103 LAKE GARRISON ST.
      FREMONT CA 94555

3. I SERVED THE PARTY NAMED IN ITEM 2
   a. BY PERSONALLY DELIVERING THE COPIES ON 07/06/07 AT 11:58AM

5. PERSON SERVING: Gina McCall         FEE FOR SERVICE:$    195.00

LEGAL PURSUIT, INC
22 WEST ST. JOHN STREET
SAN JOSE, CA 95113
408-288-4105 FAX 408-885-9577

d. Registered California process server
(1) [ ] Employee or [ X ] Independent Contractor
(2) Registration No. 879
(3) County: SANTA CLARA
(4) Expiration: 07/31/07

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 07/16/07                           SIGNATURE: [signed] Gina McCall

CONFORMS WITH JUDICIAL COUNCIL FORM # 982