1  John L. Slafsky, State Bar No. 195513
   Hollis Beth Hire, State Bar No. 203651
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, California 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 493-6811
5  jslafsky@wsgr.com
   hhire@wsgr.com
6
7  Attorneys for Plaintiff
   Coupons, Inc.
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                     SAN JOSE DIVISION

12

13 COUPONS, INC., a California corporation,  )  Case No. 5:07-cv-03457 HRL
                                             )
14                Plaintiff,                 )  STIPULATION TO EXTEND TIME
                                             )  TO RESPOND TO COMPLAINT
15       v.                                  )
                                             )
16 JOHN STOTTLEMIRE, and DOES 1-10,          )  Judge: Hon. Howard R. Lloyd
                                             )  Courtroom: 2
17                Defendants.                )
                                             )
18                                           )
                                             )
19                                           )

20       Plaintiff Coupons, Inc., by and through its counsel, and Defendant John Stottlemire agree
21 to extend time for Defendant Stottlemire to respond to the Complaint to August 6, 2007.
22       SO STIPULATED.
23
24 Dated: July 19, 2007           WILSON SONSINI GOODRICH & ROSATI
25                                By: _____
                                       Hollis Beth Hire
26                                     Attorneys for Plaintiff Coupons, Inc.
27 Dated: July 18, 2007
                                  By: _____
28                                     John Stottlemire

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT

## CERTIFICATE OF SERVICE BY MAIL

I, Launa Hovland, declare:

I am employed in Santa Clara County. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence would be deposited with the United States Postal Service on this date.

On this date, I served **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** on each person listed below, by placing the document described above in an envelope addressed as indicated below, which I sealed. I placed the envelope for collection and mailing with the United States Postal Service on this day, following ordinary business practices at Wilson Sonsini Goodrich & Rosati.

John Stottlemire
33103 Lake Garrison Street
Fremont, CA 94555

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on July 23, 2007.

*Launa Hovland*
Launa Hovland

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT

3159966_1.DOC