Coupons, Inc. v. Stottlemire                                                                                                                Doc. 5

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                                  General Court Number
Clerk                                                                                                               415.522.2000

### July 17, 2008

**CASE NUMBER:  CV 08-03251 JL**
**CASE TITLE:  APPLE INC.-v-PSYSTAR CORPORATION**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable WILLIAM H. ALSUP** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/17/08

                                                                         FOR THE EXECUTIVE COMMITTEE:

                                                                         ____Richard W. Wieking_____
                                                                                                            Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                         Special Projects
Log Book Noted                                                Entered in Computer 7/17/08 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                       Transferor CSA

Dockets.Justia.com