Clear Form

AO 440 (Rev. 03/08)  Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF CALIFORNIA

E-filing

JL

| | |
|---|---|
| Apple Inc., | ) |
| | ) |
| | ) |
| | ) CV 08    3251 |
| | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. |
| Psystar Corporation, | ) |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

**Summons in a Civil Action**

To:  Psystar Corporation

*(Defendant's name)*

A lawsuit has been filed against you.

        Within  20  days after service of this summons on you (not counting the day you received it), you must serve
on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The
answer or motion must be served on the plaintiff's attorney, whose name and address are:

James G. Gilliland, Jr.
Mehrnaz Boroumand Smith
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA  94111

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also
must file your answer or motion with the court.

Richard W. Wieking

ANNA SPRINKLES

Date: _____

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by
Rule 12(a)(3).)*

Dockets.Justia.com

AO 440 (Rev. 03/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ , by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN District of California

Case Number: CV 08 3251

Plaintiff:
**APPLE INC.,**

vs.

Defendant:
**PSYSTAR CORPORATION,**

For:
Janet T. Munn, Esq.
EPSTEIN BECKER & GREEN, P.C.
200 South Biscayne Blvd.
Suite 4300
Miami, FL 33131

Received by LEGAL INVESTIGATIONS, LLC on the 8th day of July, 2008 at 12:12 pm to be served on **PSYSTAR CORPORATION BY SERVING R/A RODOLFO PEDRAZA, 10645 SW 112 STREET, MIAMI, FL 33176.**

I, JADE DOMENECH, do hereby affirm that on the **8th day of July, 2008** at **3:22 pm**, I:

**EFFECTED CORPORATE SERVICE** by delivering a true copy of the **SUMMONS; CIVIL COVER SHEET; COMPLAINT; US DISTRICT COURT WELCOME PACKAGE; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT TO MAGISTRATE JUDGE LARSON; PAMPHLET ON CONSENTING TO A MAGISTRATE JUDGE IN THE NORTHERN DISTRICT OF CALIFORNIA; AND ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** with the date and hour of service endorsed thereon by me, to: **RODOLFO PEDRAZA** as **REGISTERED AGENT** for **PSYSTAR CORPORATION**, at the address of: **10475 NW 28TH STREET, DORAL, FL 33172**, and informed said person of the contents therein, in compliance with state statutes.

Additional Information pertaining to this Service:
ATTEMPTED SERVICE AT PRINCIPAL ADDRESS OF BUSINESS AS PER FLORIDA DEPARTMENT OF STATE DIVISION OF CORPORATION. THIS ADDRESS IS A RESIDENCE. LOCATED AND SERVED AT 10475 NW 28TH STREET, DORAL, FL 33172.

I do hereby certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(S)

JADE DOMENECH
CPS #1565

**LEGAL INVESTIGATIONS, LLC**
**2000 South Dixie Highway**
**Suite 100-H**
**Miami, FL 33133**
**(305) 858-9411**
Our Job Serial Number: 2008001370

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2n

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **Psystar Corporation**
by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

☒ delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
**Rodolfo Pedraza / Registed Agent** _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: **7/8/2008**

**JMDomenech**
Server's signature

**Jade Domenech CPS #1565**
Printed name and title

**2000 S. Dixie Hwy, #106, Miami, FL**
Server's address