*United States District Court*
*For the Northern District of California*

\* E-filed 8/1/07 \*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., <br>     Plaintiff, <br>   v. <br> JOHN STOTTLEMIRE, <br>     Defendant. | Case No. CV 07-03457 HRL <br><br> **ORDER ON MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND VACATE THE CMC** <br><br> Re: Docket No. 5 |

Pro se Defendant seeks an extension of 90 days from the original deadline of July 26, 2007 to file his response to the complaint. He also moves to vacate the Case Management Conference. Plaintiff opposes the motion, stating that it has already stipulated to an eleven day extension and offered twenty-one days more in response to Defendant's request.

In consideration thereof, the court GRANTS IN PART the Motion to Extend Time. Defendant shall have 60 days from the original deadline to respond to the Complaint (September 24, 2007). Accordingly, the case management schedule will be reset as follows:

| | |
|---|---|
| Last day to meet and confer re: initial disclosures, etc... | Oct. 16, 2007 |
| Deadline for initial disclosures and filing case management statement | Oct. 30, 2007 |
| CASE MANAGEMENT CONFERENCE (1:30 p.m., Courtroom 2) | Nov. 6, 2007 |

1  **IT IS SO ORDERED.**

Dated: 8/1/07

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

Hollis Beth Hire hhire@wsgr.com, czenga@wsgr.com

John Lawrence Slafsky jslafsky@wsgr.com, lhovland@wsgr.com

John Stottlemire
33103 Lake Garrison Street
Fremont, CA 94555

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated:  8/1/07

                                /s/ KRO
                        Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California

3