*E-filed 8/1/07*

1  John A Stottlemire
2  33103 Lake Garrison Street
   Fremont, CA 94555
3  Telephone: (614) 358-4185
   Email: jstottl@comcast.net
4  Defendant, pro se

5               UNITED STATES DISTRICT COURT

6               NORTHERN DISTRICT OF CALIFORNIA

7                    SAN JOSE DIVISION

8
9

10 | COUPONS, INC., a California corporation,  ) Case No.: 5:07-cv-03457-HRL
   |                                           )
11 |        Plaintiff,                         )     ORDER GRANTING
   |                                           ) ADMINISTRATIVE MOTION TO ALLOW
12 |        vs.                                ) PRO SE DEFENDANT TO E-FILE
   |                                           )
13 | JOHN STOTTLEMIRE, and DOES 1-10,          )
   |                                           )
14 |        Defendant                          )
   |                                           )
15

16    The court has considered the motion and opposition, if any, and finding good cause

17 exists, the court GRANTS the administrative motion to allow pro se defendant to e-file.

18
19                                              _____
20                                              Hon. Howard R. Lloyd
                                                Magistrate Judge
21

22 Presented By:
23
24 _____
25 John Stottlemire (*pro se*)
   Defendant
26
27
28

Order on Defendant's Administrative Motion To
Allow pro se Defendant to E-File.
No. C-07-03457 HRL

                          1