1
2
3
4
5
6                      UNITED STATES DISTRICT COURT
7                     NORTHERN DISTRICT OF CALIFORNIA
8
9   COUPONS, INC.,                              No.    5:07-cv-03457 HRL
10          Plaintiff(s),                       **CONSENT TO PROCEED BEFORE A**
                                                **UNITED STATES MAGISTRATE JUDGE**
11      v.
12  JOHN STOTTLEMIRE,
13          Defendant(s).
14  _____/
15      CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
16      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
18  proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the
19  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
20
21  Dated:   August 28, 2007
                                                _____
22                                              Signature
                                                Counsel for  Plaintiff
23                                              _____
                                                (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28

## CERTIFICATE OF SERVICE BY MAIL

I, Deborah Grubbs, declare:

I am employed in Santa Clara County. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence would be deposited with the United States Postal Service on this date.

On this date, I served **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** on each person listed below, by placing the document(s) described above in an envelope addressed as indicated below, which I sealed. I placed the envelope(s) for collection and mailing with the United States Postal Service on this day, following ordinary business practices at Wilson Sonsini Goodrich & Rosati.

> Mr. John Stottlemire
> 33103 Lake Garrison Street
> Fremont, CA 94555

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Palo Alto, California on August 29, 2007.

                                            /s/ Deborah Grubbs
                                            Deborah Grubbs