| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| 2 | JAMES G. GILLILAND, JR. (State Bar No. 107988)<br>MEHRNAZ BOROUMAND SMITH (State Bar No. 197271) |
| 3 | MEGAN M. CHUNG (State Bar No. 232044)<br>JEB OBLAK (State Bar No. 241384) |
| 4 | Two Embarcadero Center, 8th Floor<br>San Francisco, California 94111 |
| 5 | Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300 |
| 6 | Email: jggilliland@townsend.com,<br>mboroumand@townsend.com, |
| 7 | mmchung@townsend.com,<br>jboblak@townsend.com |
| 8 | Attorneys for Plaintiff |
| 9 | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California Corporation, | Case No. CV 08-3251 WHA |
| Plaintiff, | **APPLE INC.'S DISCLOSURE STATEMENT AND** |
| v. | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| PSYSTAR CORPORATION, | |
| Defendant. | [PURSUANT TO F.R.C.P. 7.1 AND N.D. CAL. LOCAL RULE 3-16] |

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Apple Inc. ("Apple") hereby discloses that it is a publicly held company with numerous shareholders. It has no parent company, and no company owns more than ten percent (10%) of its stock.

Pursuant to Local Rule 3-16, the undersigned counsel certifies that the following persons (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding. Specifically, the individuals listed are directors and executive officers of Apple who have a financial interest, as defined by 28 U.S.C. § 455(d)(4), in Apple:

APPLE INC.'S DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS,
Case No. CV 08-03251 WHA

1

1          1.      Board of Directors: William Campbell; Millard Drexler; Albert Gore Jr.; Steve Jobs;
2   Andrea Jung; Arthur D. Levinson, Ph.D; Eric Schmidt, Ph.D; and Jerome B. York.
3          2.      Executive Officers: Steve Jobs; Timothy D. Cook; Daniel Cooperman; Peter
4   Oppenheimer; Philip W. Schiller; Tony Fadell; Scott Forstall; Ronald B. Johnson; Robert Mansfield;
5   Bertrand Serlet; and Sina Tamaddon.
6          Apple notes that it has numerous employees who actively participate in its affairs but it has
7   only identified its directors and executive officers in this disclosure.
8
9   DATED:  September 12, 2008         Respectfully submitted,
10                                     TOWNSEND AND TOWNSEND AND CREW LLP
11
12                                     By:    /s/ James G. Gilliland, Jr.
                                              JAMES G. GILLILAND, JR.
13                                        Attorneys for Plaintiff
                                          APPLE INC.
14
    61500556 v1
15