# ORIGINAL

1  Neil A. Goteiner (State Bar No. 083524)
   Dennis M. Cusack (State Bar No. 124988)
2  Farella Braun & Martel LLP
3  235 Montgomery Street, 30th Floor
   San Francisco, CA 94104
4  Telephone: (415) 954-4400
   Facsimile: (415) 954-4480
5  Email: ngoteiner@fbm.com; dcusack@fbm.com

6  Attorneys for Plaintiff
7  COUPONS, INC.

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                    SAN JOSE DIVISION
11

12 | COUPONS, INC.,                    | Case No. 5:07-cv-03457 HRL
13 |         Plaintiff,                | **SUBSTITUTION OF ATTORNEYS**
14 | vs.                               |
15 | JOHN STOTTLEMIRE, and DOES 1-10,  |
16 |         Defendants.               |
17

18

19     Plaintiff Coupons, Inc. hereby substitutes the law firm of Farella Braun + Martel LLP,
20 Neil A. Goteiner and Dennis M. Cusack, as attorneys of record in this action in place of Wilson,
21 Sonsini, Goodrich & Rosati, John L. Slafsky and Hollis Beth Hire.

22 Dated: October 19, 2007                         COUPONS, INC.
23
24                                                 By: _____
                                                   Jeffrey Weitzman, Chief Marketing Officer
25

26 /////
27 /////
28 /////

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

SUBSTITUTION OF ATTORNEY;
Case No. 5:07-cv-03457 HRL

22675\1367055.1

1 | Consent to the substitution is given:

2

3 | Dated: October 19, 2007                    FARELLA BRAUN + MARTEL LLP

4

5 |                                             By: _____
                                                    Dennis M. Cusack
6

7

8 | Dated: October 19, 2007                    WILSON, SONSINI, GOODRICH &
                                              ROSATI
9

10 |                                            By: _____
                                                    John L. Slafsky
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

SUBSTITUTION OF ATTORNEY;
Case No. 5:07-cv-03457 HRL

- 2 -

22675\1367055.1

Case No. 5:07-CV-03457 HRL

## PROOF OF SERVICE

I, the undersigned, declare as follows. I am employed in the County of San Francisco where this service occurred. I am over the age of eighteen years and not a party to this action. My business address is 235 Montgomery Street, 30th Floor, San Francisco, California. On the date below I served true copies of the document(s) listed below:

**SUBSTITUTION OF ATTORNEYS**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☒ by transmitting the documents via electronic mail the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

John Stottlemire
33103 Lake Garrison Street
Fremont, CA 94555
Tel: 614-358-4185
Email: jstottl@comcast.net

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in San Francisco, California on October 19, 2007.

*Angelica V. Dugan*
Angelica V. Dugan

19082\1194437.1

PROOF OF SERVICE