Neil A. Goteiner (State Bar No. 083524)
Dennis M. Cusack (State Bar No. 124988)
Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
Email: ngoteiner@fbm.com; dcusack@fbm.com

Attorneys for Plaintiff
COUPONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN STOTTLEMIRE, and DOES 1-10, <br><br> Defendants. | Case No.  5:07-cv-03457 HRL <br><br> **NOTICE OF MOTION AND MOTION TO CONTINUE HEARING AND CASE MANAGEMENT DATES** <br><br> Judge: Honorable Howard R. Lloyd <br><br> Courtroom: 2 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE THAT** Plaintiff Coupons, Inc. hereby moves pursuant to Local Rule 6-3 for a continuance of the hearing date on Defendant's pending motions, and for a continuance of the Case Management Conference and related dates.

**I.   STATEMENT OF FACTS**

On October 19, 2007, Plaintiff Coupons, Inc. substituted in the law firm of Farella Braun + Martel LLP as attorneys of record in this action in place of Wilson, Sonsini, Goodrich &

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
Telephone: (415) 954-4400

NOT. OF MOT. AND MOT.  TO CONTINUE HEARING DATES AND CASE MANAGEMENT DATES; Case No. 5:07-cv-03457 HRL

22675\1368444.1

Rosati.[1] Coupons asked Defendant John Stottlemire to stipulate to brief extensions of time to file oppositions to Defendant's Motion to Dismiss or for Summary Judgment and his Motion for Sanctions ("the pending motions"), and to respond to upcoming case management deadlines. Coupons asked for the extensions to allow new counsel to gather and review the files in this matter. On Thursday, October 18, Defendant and Coupons agreed to short extensions of time for the briefing and hearing of the pending motions, and for upcoming case management deadlines. Defendant stated that he would sign a stipulation after Coupons formally substituted in new counsel.

On Friday, October 19, 2007, Coupons filed its Substitution of Attorneys and served a copy on Defendant. Coupons also provided a draft stipulation to Defendant. Defendant asked that the stipulation be modified to address certain local rule requirements, which Coupons did on Monday morning, October 22. Defendant then told Coupons that he would not agree to the stipulation because Coupons had not obtained a court order allowing the Wilson Sonsini firm to withdraw and insisted that such a court order was necessary under Local Rule 11-5. As a result, Defendant would not sign the proposed stipulation.

Coupons therefore requests that the Court grant the proposed extensions that had been agreed to by Defendant, but for the dispute over the propriety of the Substitution of Attorneys. These extensions are:

1. The hearing on the pending motions shall be continued from November 13, 2007 to December 4, 2007;

2. The deadline for filing oppositions to the pending motions shall be November 6, 2007;

3. The deadline for filing replies to the pending motions shall be November 20, 2007;

4. The parties shall meet and confer and file a case management conference statement on or before November 13, 2007;

---

[1] The facts are set forth in the accompanying Declaration of Dennis M. Cusack in Support of Motion to Continue Hearing and Case Management Dates.

5. The case management conference shall be continued from November 6, 2007 to November 20, 2007;

6. The parties shall exchange initial disclosures on or before December 11, 2007.

The only previous time modification in this case was a Court-ordered 60-day extension of time for Defendant John Stottlemire to respond to the Complaint. The requested continuance of the hearing on the pending motions and of the Case Management Conference will only delay proceedings in the case by three weeks. The continued date for initial disclosures should not have any significant impact because discovery would not be expected to begin until after the pending motions are heard and decided.

## II. CONCLUSION

Coupons therefore requests that the court grant the continuances and extensions as proposed.

Dated: October 22, 2007

FARELLA BRAUN + MARTEL LLP

By: _____/s/_____
Dennis M. Cusack