Neil A. Goteiner (State Bar No. 083524)
Dennis M. Cusack (State Bar No. 124988)
Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: ngoteiner@fbm.com; dcusack@fbm.com

Attorneys for Plaintiff
COUPONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN STOTTLEMIRE, and DOES 1-10, <br><br> Defendants. | Case No. 5:07-cv-03457 HRL <br><br> **[PROPOSED] ORDER FOR CONTINUANCE OF HEARING AND CASE MANAGEMENT DATES** |

Plaintiff Coupons, Inc. moved under Local Rule 6-3 for an order continuing the hearing date on Defendant John Stottlemire's Motion to Dismiss or for Summary Judgment and his Motion for Sanctions ("the pending motions"), and continuing the Case Management Conference and related dates, to accommodate new counsel substituted in on October 19, 2007. After considering the Motion and accompanying Declaration, Defendant's opposition, and the entire record in this action,

IT IS HEREBY ORDERED THAT:

1. The hearing on the pending motions shall be continued from November 13, 2007 to December 4, 2007;

2. The deadline for filing oppositions to the pending motions shall be November 6,

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

[PROPOSED] ORDER FOR CONTINUANCE OF HEARING AND CASE MANAGEMENT DATES; Case No. 5:07-cv-03457 HRL

22675\1368511.1

2007;

3. The deadline for filing replies to the pending motions shall be November 20, 2007;

4. The parties shall meet and confer and file a case management conference statement on or before November 13, 2007;

5. The case management conference shall be continued from November 6, 2007 to November 20, 2007;

6. The parties shall exchange initial disclosures on or before December 11, 2007.

Dated: October ____, 2007

By:_____
Hon. Howard R. Lloyd
United States Magistrate Judge

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

- 2 -

22675\1368511.1

[PROPOSED] ORDER FOR CONTINUANCE OF HEARING AND CASE MANAGEMENT DATES; Case No. 5:07-cv-03457 HRL