Neil A. Goteiner (State Bar No. 083524)
Dennis M. Cusack (State Bar No. 124988)
Carly O. Alameda (State Bar No. 244424)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: ngoteiner@fbm.com, dcusack@fbm.com, calameda@fbm.com

Attorneys for Plaintiff
COUPONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOHN STOTTLEMIRE, and DOES 1-10,<br><br>　　　　Defendants. | Case No. 5:07-CV-03457 HRL<br><br>DECLARATION OF PROOF OF SERVICE<br><br>Date:　　December 4, 2007<br>Time:　　10:00 a.m.<br>Courtroom: 2<br>Judge:　　Honorable Howard R. Lloyd |

　　　I, the undersigned, declare that I am a resident of the State of California, employed in the County of San Francisco, over the age of eighteen years and not a party to the within action. My business address is: Farella Braun + Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, California 94104. On this date I served the within document(s):

　　**1.　COUPONS'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT STOTTLEMIRE'S MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT / OPPOSITION TO REQUEST FOR JUDICIAL NOTICE, OBJECTIONS TO EVIDENCE AND MOTION TO STRIKE / COUPONS'S OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS**

　　**2.　APPENDIX IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

　　**3.　DECLARATION OF ED (BUD) MILLER**

　　**4.　DECLARATION OF JEFFREY WEITZMAN**

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DECLARATION OF PROOF OF SERVICE /
USDC/NDC/SJ 5:07-CV-03457 HRL

22675\1379163.1

1  __X__  **BY ELECTRONIC FILING:** the within document(s), the automatically generated notification for which constitutes service pursuant to General Order 45, Section IX(A) and (B).

__X__  **MAIL:** by placing a true copy thereof, addressed as set forth below and enclosed in a sealed envelope with postage thereon fully prepaid and deposited for collection and mailing with the U.S. Postal Service. I am readily familiar with the ordinary business practice of this office for processing mail.

John Allan Stottlemire
33103 Lake Garrison Street
Fremont, CA 94555
Telephone: 614-358-4185
E-mail: jstottle@comcast.net
Defendant – Pro Se

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed in San Francisco, California on **November 13, 2007**.

/s/
Lawrence L. Coles

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DECLARATION OF PROOF OF SERVICE /
USDC/NDC/SJ 5:07-CV-03457 HRL            - 2 -            22675\1379163.1