John A Stottlemire
33103 Lake Garrison Street
Fremont, CA 94555
Telephone: (614) 358-4185
Email: jstottl@comcast.net
Defendant, *pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., a California corporation, | Case No.: 5:07-cv-03457-HRL |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S EX-PARTE MOTION TO STRIKE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |
| vs. | |
| JOHN STOTTLEMIRE, and DOES 1-10, | Courtroom: 2, 5th Floor |
| Defendant | Judge: Hon. Howard R. Lloyd |

This Court, having read and considered the papers submitted by the Defendant and opposition, if any, and finding good cause exists, GRANTS the ex parte Motion to Strike Coupons's Memorandum of Points And Authorities in Opposition to Defendant Stottlemire's Motion to Dismiss or in the Alternative Motion for Summary Judgment filed by Dennis Cusack on November 13, 2007. The Court further GRANTS the ex parte Motion to Strike Coupons's Objections to Evidence and Motion to Strike filed by Dennis Cusack on November 13, 2007. The Court further GRANTS the ex parte Motion to Strike Coupons's Opposition to Defendant's Motion for Sanctions filed by Dennis Cusack on November 13, 2007.

**IT IS SO ORDERED.**

Dated:_____          _____
                                         HOWARD R. LLOYD
                                         UNITED STATES MAGISTRAGE JUDGE

[Proposed] Order Granting Defendant's ex parte Motion to Strike
No. C-07-03457 HRL

1