John A Stottlemire
33103 Lake Garrison Street
Fremont, CA 94555
Telephone: (614) 358-4185
Email: jstottl@comcast.net
Defendant, *pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN STOTTLEMIRE, and DOES 1-10,<br><br>Defendant | Case No.: 5:07-cv-03457-HRL<br><br>**DECLARATION OF JOHN STOTTLEMIRE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56**<br><br>Date:        December 4, 2007<br>Time:       10:00 a.m.<br>Courtroom: 2, 5th Floor<br>Judge:      Hon. Howard R. Lloyd |

I, John Stottlemire, hereby declare:

1. I am one of the Defendants in this action. I state all facts herein of my own first hand knowledge, and if called as a witness, I could and would competently testify thereto.

2. I personally printed the webpage attached as Exhibit A to this declaration and attached as Exhibit A to Request for Judicial Notice in Support of John Stottlemire's Motion to Dismiss Coupons, Inc's First Amended Complaint, or in the Alternative, for Summary Judgment. This document was printed by me on August 28, 2007 and is a true and accurate copy of the webpage shown when visiting Plaintiff's website at the internet address of http://couponbar.coupons.com/CBInstall2.asp

3. I personally printed the coupons attached as Exhibit B to this declaration and attached as Exhibit B to Request for Judicial Notice in Support of John Stottlemire's Motion to Dismiss Coupons, Inc's First Amended Complaint, or in the Alternative, for Summary Judgment. These coupons were printed by me on September 14, 2007 and were obtained from Plaintiff's

Declaration of John Stottlemire in Support of Defendant's Motion to Dismiss or in the Alternative Motion for Summary Judgment
No. C-07-03457 HRL

1

website. These coupons were printed using version 3.3.0.2 of the coupon printer software provided by the Plaintiff.

4. I personally printed the coupons attached as Exhibit C to this declaration and attached as Exhibit C to Request for Judicial Notice in Support of John Stottlemire's Motion to Dismiss Coupons, Inc's First Amended Complaint, or in the Alternative, for Summary Judgment. These coupons were printed by me on September 14, 2007 and were obtained from Plaintiff's website. These coupons were printed using version 4.0.0.2 of the coupon printer software provided by the Plaintiff.

5. I personally printed webpages attached as Exhibit D to this declaration and attached as Exhibit D to Request for Judicial Notice in Support of John Stottlemire's Motion to Dismiss Coupons, Inc's First Amended Complaint, or in the Alternative, for Summary Judgment. The first webpage was printed by me on July 12, 2007 and is a true and accurate copy of the webpage shown when visiting Plaintiff's website at the internet address of http://print.coupons.com/gmsa/Install.asp when using Microsoft Internet Explorer web browser. The second webpage was printed by me on July 12, 2007 and is a true and accurate copy of the webpage shown when visiting Plaintiff's website at the internet address of http://print.coupons.com/couponweb/Install.asp when using the Mozilla Firefox web browser. The third webpage is a google cached copy of a webpage printed by me on August 7, 2007 and is a true and accurate copy of the webpage shown when visiting Plaintiff's website at the internet address of http://print.coupons.com/gmsa/InstallAMac.asp on May 22, 2007.

6. I personally printed the pdf file attached as Exhibit E to this declaration and attached as Exhibit E to Request for Judicial Notice in Support of John Stottlemire's Motion to Dismiss Coupons, Inc's First Amended Complaint, or in the Alternative, for Summary Judgment. The pdf file was printed on September 24, 2007 and is Plaintiff's response to Professor Benjamin Edelman's article entitled "A Closer Look At Coupons.com" as it appeared on Professor Edelman's website on September 24, 2007.

7. I personally printed the webpage attached as Exhibit F to this declaration and attached as Exhibit F to Request for Judicial Notice in Support of John Stottlemire's Motion to

Declaration of John Stottlemire in Support of Defendant's Motion to Dismiss or in the Alternative Motion for Summary Judgment
No. C-07-03457 HRL

2

Dismiss Coupons, Inc's First Amended Complaint, or in the Alternative, for Summary Judgment. The webpage was printed by me on September 15, 2007 and is a true and accurate copy of the webpage shown when visiting Plaintiff's website at the internet address http://www.couponsinc.com/corp/source/oc_ourtechnology.asp

    8.    I personally printed the document shown as Exhibit G to this declaration and attached as Exhibit G to Request for Judicial Notice in Support of John Stottlemire's Motion to Dismiss Coupons, Inc's First Amended Complaint, or in the Alternative, for Summary Judgment. The document was printed on September 15, 2007 from the PACER database and is a true and accurate copy of that document.

    9.    I personally printed the webpage attached as Exhibit H to this declaration and attached as Exhibit H to Request for Judicial Notice in Support of John Stottlemire's Motion to Dismiss Coupons, Inc's First Amended Complaint, or in the Alternative, for Summary Judgment. This webpage was printed by me on September 22, 2007 and is a true and accurate copy of the webpage shown when visiting Defendant's website at the internet address http://www.tenbucks.net/index.cfm/2007/7/15

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of November, 2007 at Fremont, California.

Dated: November 19, 2007                                   /s/

                                          John A Stottlemire, *pro se*

Declaration of John Stottlemire in Support of Defendant's Motion to Dismiss or in the Alternative Motion for Summary Judgment
No. C-07-03457 HRL

3

# EXHIBIT A



# EXHIBIT B

Case 5:07-cv-03457-HRL     Document 29     Filed 11/19/2007     Page 6 of 13







# EXHIBIT C

Case 5:07-cv-03457-HRL    Document 29    Filed 11/19/2007    Page 8 of 13

coupons.com







# EXHIBIT D




coupons | recipes

## INSTALLING COUPON PRINTER

**You're just a minute away from printing the coupons you've selected!** Please follow the instructions below to install our safe and secure Coupon Printer software. Once it's installed, your coupons will automatically be sent to your printer.

### Installation Instructions

1. Click on the "install coupon printer" button below.
2. Click "Run" in the information window that appears.



This will install the Coupon Printer. The Coupon Printer is needed to print barcodes properly so that they scan when you use them at the store.

Having trouble? Click here



### Why Install the Coupon Printer?

The Coupon Printer contains security features needed to provide you with coupons you can use in a store. It does not install any third-party software, adware, or spyware, nor does it collect any personal information.

Privacy Policy

To install the Coupon Printer follow the installation instructions on the left. Happy Savings!

   

©2007 Coupons, Inc.
Help | Privacy Policy



*[Screenshot of a Remote Desktop window (192.168.1.99) showing Mozilla Firefox displaying the Coupons.com "Installing Coupon Printer" page at http://print.coupons.com/couponweb/install.aspx?pid=129008&zid=oh488&nid=108&pt=RvNUAyDxVE20514455060, with a NIVEA body "Good-bye Cellulite, Hello bikini" advertisement. Taskbar shows Coupons.com and Project 1 - Colasoft Capsa, time 2:06 PM.]*

This is G o o g l e's cache of http://print.coupons.com/gmsa/InstallAMac.asp?UID=0&lgn=0&sgn=&pid=12422&ZID=lc30&NID=10 as retrieved on May 22, 2007 22:11:22 GMT.
G o o g l e's cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: `http://www.google.com/search?q=cache:U1lp-YF4QYEJ:print.coupons.com/gmsa/InstallAMac.asp%3FUID%3D0%26lgn%3D0%26sgn%3D%26pid%3D12422%26ZID%3Dlc30%26NID%3D10+site:print.coupons.com+install&hl=en&ct=clnk&cd=13&gl=us`

*Google is neither affiliated with the authors of this page nor responsible for its content.*

These search terms have been highlighted: **install**



Who We Are | Business Solutions | Affiliate Program | Privacy Policy

   



## INSTALLING COUPON PRINTER

**You're just a minute away from printing the coupons you've selected!** Please follow the instructions below to **install** our safe and secure Coupon Printer software. Once it's installed, your coupons will automatically be sent to your printer.

### Installation Instructions

1. Click on "**install** coupon printer" button below.
2. Download and Save the package to your machine and then run the package installer to **install** the print manager.
3. Click "get coupons" after installing the print manager.

» install coupon printer

Installed the Coupon Printer?
> get coupons



### Why Install the Coupon Printer?

The Coupon Printer contains security features needed to provide you with coupons you can use in a store. It does not **install** any third-party software, adware, or spyware, nor does it collect any personal information.

Privacy Policy

To **install** the Coupon Printer follow the installation instructions on the left. Happy Savings!



©2007 Coupons, Inc.

Help | Privacy Policy

