# CERTIFICATE OF SERVICE

I certify that on November 19, 2007, I caused Supplementary Declaration of John Stottlemire in Support of Defendant's Motion to Dismiss or in the alternative for Summary Judgment to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Hollis Beth Hire, hhire@wsgr.com

John L. Slafsky, jslafsky@wsgr.com

_____/s/_____
John Stottlemire, *pro se*
33103 Lake Garrison St
Fremont, CA 94555