# CERTIFICATE OF SERVICE

I certify that on November 20, 2007, I caused Reply to Opposition to Defendant's Request for Judicial Notice to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Hollis Beth Hire, hhire@wsgr.com

John L. Slafsky, jslafsky@wsgr.com

_____/s/_____
John Stottlemire, *pro se*
33103 Lake Garrison St
Fremont, CA 94555

Opposition to Motion to Continue Hearing and Case Management Dates
No. C-07-03457 HRL

1