UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

## Civil Minute Order

Date:   December 4, 2007                                    Time in Court: 26 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

---

**TITLE:** Coupons, Inc. v. John Stottlemire
**CASE NUMBER**: C07-03457HRL
Plaintiff Attorney present: Dennis Cusack, John Slafsky and Hollis Beth Hire
Defendant Attorney present: John Stottlemire, in pro se

---

**PROCEEDINGS: Defendant's Motion to Dismiss/Motion for Summary Judgment/Motion for Sanctions**


Counsel present arguments.

Matters are taken under submission.  Court to issue written ruling.

Case Management Conference is scheduled for February 5, 2008 at 1:30 p.m.