**United States District Court**
For the Northern District of California

1

2                                                                    * E-filed 12/7/07 *

3

4

5

6

7                                    NOT FOR CITATION

8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                     SAN JOSE DIVISION

11

12   COUPONS, INC.,                                    Case No. CV 07-03457 HRL

              Plaintiff,
13                                                     **ORDER RE-SETTING CASE**
         v.                                            **MANAGEMENT CONFERENCE**
14

15   JOHN STOTTLEMIRE,

16            Defendant.

17   _____/

18        The previously vacated case management conference is now reset for **February 5, 2008,**

19   **1:30 pm.** in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street,

20   San Jose, CA 95113.  The parties shall exchange initial disclosures by December 18, 2007 and

21   file a joint case management statement **no later than January 29, 2008.**

22

23        **IT IS SO ORDERED.**

24

25   Dated:   12/7/07                              _____
                                                   HOWARD R. LLOYD
26                                                 UNITED STATES MAGISTRATE JUDGE

27

28

1

2    **5:07-cv-3457 Notice has been electronically mailed to:**

3    Dennis M. Cusack dcusack@fbm.com, adugan@fbm.com, calendar@fbm.com,
     lwarren@fbm.com
4

5    Neil A. Goteiner ngoteiner@fbm.com, calendar@fbm.com, karentsen@fbm.com

6    Hollis Beth Hire hhire@wsgr.com, lhovland@wsgr.com

7    John Lawrence Slafsky jslafsky@wsgr.com, lhovland@wsgr.com

8    John Allan Stottlemire jstottl@comcast.net

9

10   * Counsel are responsible for providing copies of this order to co-counsel.

11

12   Dated:  12/7/07

                                        _____
                                                /s/ KRO
13                                      Chambers of Magistrate Judge Lloyd

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2