1  John L. Slafsky, State Bar No. 195513
   Hollis Beth Hire, State Bar No. 203651
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, California 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 493-6811
5  jslafsky@wsgr.com
   hhire@wsgr.com
6

7  Attorneys for Plaintiff,
   Coupons, Inc.
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12
   COUPONS, INC.,                      )   Case No. 5:07-cv-03457 HRL
13                                     )
              Plaintiff,               )   **WILSON SONSINI GOODRICH &**
14                                     )   **ROSATI'S NOTICE AND MOTION FOR**
        v.                             )   **WITHDRAWAL**
15                                     )
   JOHN STOTTLEMIRE, and DOES 1-10,    )
16                                     )
              Defendants.              )
17 _____ )

18

19

20

21

22

23

24

25

26

27

28

WSGR NOTICE AND MOTION FOR
WITHDRAWAL--Case No. 5:07-cv-03457 HRL    - 1 -

1      Pursuant to Civil Local Rule 11-5, and at the suggestion of the Court at the December 4, 2007 hearing concerning this matter, Wilson Sonsini Goodrich & Rosati ("WSGR"), counsel to Plaintiff Coupons, Inc. ("Coupons"), requests an order from the Court permitting WSGR's withdrawal as counsel to Coupons.

      WSGR has given notice of its intent to withdraw to all parties in this case. Coupons has retained another law firm, Farella, Braun + Martel LLP, to represent Coupons going forward. Therefore, WSGR's withdrawal will not prejudice any party.

Dated:  December 7, 2007                                WILSON SONSINI GOODRICH & ROSATI
                                                                            Professional Corporation

                                                                   /s/ Hollis Beth Hire
                                                                  John L. Slafsky
                                                                  Hollis Beth Hire

      Having reviewed and considered the Notice and Motion for Withdrawal, and finding good cause therefore, Wilson Sonsini Goodrich & Rosati's withdrawal from the matter Coupons, Inc. v. Stottlemire, Case No. 5:07-cv-03457 HRL, is hereby permitted.

      SO ORDERED.

Date: _____                              _____
                                                      Hon. Howard R. Lloyd