John L. Slafsky, State Bar No. 195513
Hollis Beth Hire, State Bar No. 203651
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
jslafsky@wsgr.com
hhire@wsgr.com

*E-filed 12/12/07*

Attorneys for Plaintiff,
Coupons, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., <br>        Plaintiff, <br>   v. <br> JOHN STOTTLEMIRE, and DOES 1-10, <br>        Defendants. | Case No. 5:07-cv-03457 HRL <br><br> **WILSON SONSINI GOODRICH & ROSATI'S NOTICE AND MOTION FOR WITHDRAWAL** <u>AND ORDER</u> |

WSGR NOTICE AND MOTION FOR
WITHDRAWAL--CASE NO. 5:07-CV-03457 HRL         - 1 -

1    Pursuant to Civil Local Rule 11-5, and at the suggestion of the Court at the December 4,
2 2007 hearing concerning this matter, Wilson Sonsini Goodrich & Rosati ("WSGR"), counsel to
3 Plaintiff Coupons, Inc. ("Coupons"), requests an order from the Court permitting WSGR's
4 withdrawal as counsel to Coupons.

5    WSGR has given notice of its intent to withdraw to all parties in this case. Coupons has
6 retained another law firm, Farella, Braun + Martel LLP, to represent Coupons going forward.
7 Therefore, WSGR's withdrawal will not prejudice any party.

Dated:   December 7, 2007                     WILSON SONSINI GOODRICH & ROSATI
                                              Professional Corporation


                                                /s/ Hollis Beth Hire
                                              John L. Slafsky
                                              Hollis Beth Hire


   Having reviewed and considered the Notice and Motion for Withdrawal, and finding
good cause therefore, Wilson Sonsini Goodrich & Rosati's withdrawal from the matter
Coupons, Inc. v. Stottlemire, Case No. 5:07-cv-03457 HRL, is hereby permitted.


    SO ORDERED.

Date:   12/12/07
                                              Hon. Howard R. Lloyd
                                              United States Magistrate Judge