John A Stottlemire
33103 Lake Garrison Street
Fremont, CA 94555
Telephone: (614) 358-4185
Email: jstottl@comcast.net
Defendant, *pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., a California corporation, ) | Case No.: 5:07-cv-03457-HRL |
| Plaintiff, ) | **STIPULATION TO EXTEND TIME TO RESPON TO SECOND AMENDED COMPLAINT** |
| vs. ) | |
| JOHN STOTTLEMIRE, and DOES 1-10, ) | Courtroom: 2, 5th Floor |
| Defendant ) | Judge: Hon. Howard R. Lloyd |

Plaintiff Coupons, Inc., by and through its counsel, and Defendant John Stottlemire agree to extend time for Defendant Stottlemire to respond to the Second Amended Complaint to February 11, 2008.

SO STIPULATED.

DATED: _____, 2008         By: _____/s/_____
                                          John Stottlemire, *pro se*


DATED: Jan 7, 2008                    FARELLA BRAUN AND MARTEL, LLP

                                      By: _____
                                          Dennis M. Cusack
                                          Attorneys for Plaintiff Coupons, Inc.

No. C-07-03457 HRL
Stipulation To Extend Time To Respond To Second Amended Complaint

1