*E-filed 1/18/08*

John A Stottlemire
33103 Lake Garrison Street
Fremont, CA 94555
Telephone: (614) 358-4185
Email: jstottl@comcast.net
Defendant, pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., a California corporation, | Case No.: 5:07-cv-03457-HRL |
| Plaintiff, | ORDER GRANTING IN PART ADMINISTRATIVE MOTION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT |
| vs. | |
| JOHN STOTTLEMIRE, and DOES 1-10, | |
| Defendant | |

    The parties stipulated to a 30 day extension of Defendant's time to respond to the Second Amended Complaint [Docket No. 42]. Defendant then filed an administrative motion seeking to extend that deadline an additional 30 days and seeking to vacate the Case Management Conference until after he served a response. No opposition was filed.

    Because Defendant is representing himself in this matter, his request is GRANTED IN PART. The new deadline for responding to the Second Amended Complaint is Tuesday, February 26, 2008 (45 days from the original deadline). However, all other deadlines and hearings (including the Case Managment Conference) remain in effect as previously scheduled.

**IT IS SO ORDERED.**

Date: 1/18/08

_____
Hon. Howard R. Lloyd
Magistrate Judge

Presented By:

_____
John Stottlemire (*pro se*)
Defendant

Order on Defendant's Administrative Motion to Extend
Time to Respond to Complaint
No. C-07-03457 HRL

1