# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**

Courtroom 2 - 5th Floor

# Civil Minute Order

Date:  February 5, 2008                              Time in Court: 16 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR:

---

**TITLE:**  Coupons, Inc. v. John Stottlemire
**CASE NUMBER**: C007-03457HRL
Plaintiff Attorney present: Dennis Cusack
Defendant Attorney present: John Stottlemire in pro se

---

**PROCEEDINGS: Case Management Conference**


Parties are ordered to ENE.  Court schedules a jury trial for March 23, 2009 with a pre-trial conference for March 17, 2009.


Court to issue written order.