**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

February 28, 2008

Writer's Direct Contact
415.268.7265
HMcElhinny@mofo.com

By Electronic Mail

Dennis M. Cusack
Farella Braun & Martel LLP
235 Montgomery Street
San Francisco, CA 94104
E-Mail: dcusack@fbm.com

Neil A. Goteiner
Farella Braun & Martel LLP
235 Montgomery Street
San Francisco, CA 94014
E-Mail: ngoteiner@fbm.com

John Allan Stottlemire
33013 Lake Garrison Street
Fremont, CA 94555
E-Mail: jstottl@comcast.net

Re:    *Coupons, Inc. v. Stottlemire*
       Case No. C 07-03457 HRL ENE

Dear Counsel:

As you know, I have been appointed by the U.S. District Court for the Northern District of California to serve as the evaluator in this case under the Court's Early Neutral Evaluation (ENE) program.

Please be sure to review carefully ADR L.R. 5 which governs the ENE program. Pursuant to ADR L.R. 5-8, I will conduct a phone conference with all counsel before the formal evaluation session to discuss the following:

- ♦ the procedures to be followed
- ♦ the nature of the case
- ♦ appropriate dates for the ENE session
- ♦ the parties who will be present at the session and other procedural matters
- ♦ ideas to improve the effectiveness of the ENE session or matters that could pose impediments

sf-2474711

MORRISON | FOERSTER

Counsel
February 28, 2008
Page Two

♦ requirements for your written ENE statements
♦ any questions you may have about the ENE program

I anticipate that the telephone conference will last approximately one-half hour. My secretary will contact each of you on Tuesday, March 4th to confirm your availability for the telephone conference, which I hope to conduct on Friday, March 14th at 9:30 a.m. The dial-in number for the conference call is 1-800-650-4949. After the appropriate prompt, please enter the 7-digit access code, which is **2687265**. Before the telephone conference, please ascertain from your clients and any insurers a selection of dates upon which the ENE session may be conducted. The deadline for conducting the session is May 6, 2008.

I look forward to assisting you on this case.

.

                                        Yours truly,

                                        Harold J. McElhinny

cc:    Alice Fiel
       ADR Case Administrator