**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

March 4, 2008

Writer's Direct Contact
415.268.6385
VSmith@mofo.com

By Electronic Mail

Dennis M. Cusack
Farella Braun & Martel LLP
235 Montgomery Street
San Francisco, CA 94104
E-Mail: dcusack@fbm.com

Neil A. Goteiner
Farella Braun & Martel LLP
235 Montgomery Street
San Francisco, CA 94014
E-Mail: ngoteiner@fbm.com

John Allan Stottlemire
33013 Lake Garrison Street
Fremont, CA 94555
E-Mail: jstottl@comcast.net

Re:   *Coupons, Inc. v. Stottlemire*
      Case No. C 07-03457 HRL ENE

Dear Counsel:

This will confirm the conference call will be held on Friday, March 14th @ 9:30 a.m. regarding the above-referenced matter. The call in number is 1-800-650-4949 and the access code is 2687265.

Yours truly,

Victoria R. Smith
Assistant to Harold J. McElhinny

cc:   Alice Fiel (Via E-Mail)
      ADR Case Administrator

sf-2477526