**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

March 13, 2008

Writer's Direct Contact
415.268.7265
HMcElhinny@mofo.com

By Electronic Mail

Dennis M. Cusack
Farella Braun & Martel LLP
235 Montgomery Street
San Francisco, CA 94104
E-Mail: dcusack@fbm.com

Neil A. Goteiner
Farella Braun & Martel LLP
235 Montgomery Street
San Francisco, CA 94014
E-Mail: ngoteiner@fbm.com

John Allan Stottlemire
33013 Lake Garrison Street
Fremont, CA 94555
E-Mail: jstottl@comcast.net

Re:   *Coupons, Inc. v. Stottlemire*
      Case No. C 07-03457 HRL ENE

Dear Counsel:

My apologies, but due to a scheduling conflict, I will not be able to start the conference call scheduled for tomorrow until 9:45 a.m. This conference call will take approximately 15 minutes. Unless I hear from you, the conference call will start at 9:45 a.m. The call in number will remain the same 1-800-650-4949 and the access code is 2687265.

Yours truly,

*Harold J. McElhinny*

Harold J. McElhinny

cc:   Alice Fiel (Via E-Mail)
      ADR Case Administrator

sf-2482844