SAMUELSON LAW, TECHNOLOGY
& PUBLIC POLICY CLINIC
JASON M. SCHULTZ (SBN 212600)
JENNIFER A. LYNCH (SBN 240701)
DOMENIC IPPOLITO (*Application for
 Student Practice Pending*)
HARI O'CONNELL (*Application for
Student Practice Pending*)
UC Berkeley Law School
389 Simon Hall
Berkeley, CA  94720
Telephone:  (510) 642-7515
Facsimile:  (510) 643-4625
jlynch@law.berkeley.edu

Attorneys for *Amicus Curiae*
Electronic Frontier Foundation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC.,<br><br>    Plaintiff,<br>  v.<br><br>JOHN STOTTLEMIRE and DOES 1-10,<br><br>    Defendants. | Case No. 5:07-CV-03457 HRL<br><br>NOTICE OF MOTION AND MOTION OF THE ELECTRONIC FRONTIER FOUNDATION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS<br><br>Date:     April 22, 2008<br>Time:    10:00 A.M.<br>Place:    Courtroom 2, 5th Floor<br>Judge:   Hon. Howard R. Lloyd |

TO PLAINTIFFS, DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on April 22, 2008, at 10:00 AM in Courtroom 2 of the United States District Court for the Northern District of California, 280 South 1st Street, San Jose, California, proposed *Amicus Curiae* Electronic Frontier Foundation ("EFF") will, and hereby does, move for leave to appear and file the accompanying *amicus curiae* brief in the above-captioned case in support of Defendant John Stottlemire's pending Motion to Dismiss. This Motion is based on this Notice of Motion and the accompanying Declaration of Jennifer Lynch, submitted herewith.

EFF is a member-supported, nonprofit public interest organization devoted to maintaining the traditional balance that copyright law strikes between the interests of copyright owners and the interests of the public. Founded in 1990, EFF represents more than 13,000 contributing members including consumers, hobbyists, computer programmers, entrepreneurs, students, teachers, and researchers united in their reliance on a balanced copyright system that ensures adequate protection for copyright owners while ensuring access to information in the digital age.

In working to ensure that the public's traditional rights are preserved as we move into the digital era, EFF has participated as counsel or *amicus curiae* in many of the leading cases testing the anticircumvention provisions of the Digital Millennium Copyright Act ("DMCA"). EFF was counsel for *amicus curiae* Consumer's Union in *Chamberlain v. Skylink*, 381 F.3d 1198 (Fed. Cir. 2004), which held that a consumer's right to use his automatic garage door trumped the manufacturer's right to lock in the consumer to a single brand of door opener, even when anti-circumvention measures were involved. EFF also participated in *Lexmark v. Static Control Components*, 387 F.3d 522 (6th Cir. 2004), which held that a consumer's right to use remanufactured toner cartridges for a computer printer was not abridged when the original cartridge manufacturer attempted to invoke the DMCA to protect the communication between the printer and the cartridge.

Plaintiffs' Complaint is premised on a broad interpretation of what constitutes access and rights controls under 17 U.S.C. § 1201. Plaintiff alleges, incorrectly, that pure speech

1  should be treated as the distribution of a circumvention measure, as prohibited by § 1201.
2  Plaintiff has also claimed additional causes of action under state law that are explicitly
3  preempted by the Copyright Act in 17 U.S.C. § 301. Defendant is proceeding *pro se*. For these
4  reasons, EFF believes the Court may be assisted by additional briefing, especially on these
5  copyright and free speech issues.
6           The parties have been informed of the filing of this *amicus* brief, and both parties
7  have consented to the filing.
8           For the reasons set forth above, EFF asks that this Court grant its Motion for leave
9  to file the accompanying *amicus curiae* brief.

11  DATED: March 25, 2008         By:      /s/ Jennifer A. Lynch
                                        _____
                                        Jennifer A. Lynch
                                        Samuelson Law, Technology & Public Policy
                                        Clinic at U.C. Berkeley Law School
                                        Attorney for Amicus Curiae
                                        Electronic Frontier Foundation
                                        (*Supervising Attorney*)

                                   By:      /s/ Domenic Ippolito
                                        _____
                                        DOMENIC IPPOLITO
                                        Intern, Samuelson Clinic
                                        (*Application for Student Practice Pending*)

                                   By:      /s/ Hari O'Connell
                                        _____
                                        HARI O'CONNELL
                                        Intern, Samuelson Clinic
                                        (*Application for Student Practice Pending*)