SAMUELSON LAW, TECHNOLOGY
& PUBLIC POLICY CLINIC
JASON M. SCHULTZ (SBN 212600)
JENNIFER A. LYNCH (SBN 240701)
DOMENIC IPPOLITO (*Application for Student Practice Pending*)
HARI O'CONNELL (*Application for Student Practice Pending*)
UC Berkeley Law School
389 Simon Hall
Berkeley, CA 94720
Telephone: (510) 642-7515
Facsimile: (510) 643-4625
jlynch@law.berkeley.edu

Attorneys for *Amicus Curiae*
Electronic Frontier Foundation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN STOTTLEMIRE, AND DOES 1-10, <br><br> Defendant. | Case No. 5:07-CV-03457 HRL <br><br> **DECLARATION OF JENNIFER LYNCH IN SUPPORT OF MOTION OF THE ELECTRONIC FRONTIER FOUNDATION FOR LEAVE TO FILE AMICUS CURIAE BRIEF** |

I, Jennifer Lynch, declare as follows:

1. I am a supervising attorney with the Samuelson Law, Technology & Public Policy Clinic ("The Clinic").

2. On February 15, 2008, The Clinic contacted Defendant John Stottlemire, who consented to the filing of an *amicus curiae* brief by EFF.

3. On March 16, 2008, The Clinic contacted Neil A. Goteiner, Dennis M. Cusack, and Carly O. Alameda at Farella Braun & Martel, counsel for Plaintiff Coupons Inc., to inquire whether Plaintiff would consent to the filing of an *amicus curiae* brief by EFF. On March 18,

2008, I was informed by Mr. Goteiner and Ms. Alameda that Plaintiff would not oppose the filing of the brief.

I declare under penalty of perjury under the laws of the State of California that each of the above statements is true and correct. Executed March 21, 2008, in San Francisco, California.

/s/  Jennifer Lynch
Jennifer Lynch