SAMUELSON LAW, TECHNOLOGY
& PUBLIC POLICY CLINIC
JASON M. SCHULTZ (SBN 212600)
JENNIFER A. LYNCH (SBN 240701)
DOMENIC IPPOLITO (*Application for Student Practice Pending*)
HARI O'CONNELL (*Application for Student Practice Pending*)
UC Berkeley Law School
389 Simon Hall
Berkeley, CA  94720
Telephone:  (510) 642-7515
Facsimile:  (510) 643-4625
jlynch@law.berkeley.edu

Attorneys for *Amicus Curiae*
Electronic Frontier Foundation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN STOTTLEMIRE and DOES 1-10,<br><br>　　　　Defendants. | Case No. 5:07-CV-03457 HRL<br><br>NOTICE OF MOTION AND MOTION OF THE ELECTRONIC FRONTIER FOUNDATION FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT<br><br>Date:　　April 22, 2008<br>Time:　　10:00 A.M.<br>Place:　　Courtroom 2, 5th Floor<br>Judge:　　Hon. Howard R. Lloyd |

1  TO PLAINTIFFS, DEFENDANTS AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that on April 22, 2008, at 10:00 AM in Courtroom 2 of the United States District Court for the Northern District of California, 280 South 1st Street, San Jose, California, proposed *Amicus Curiae* Electronic Frontier Foundation ("EFF") will, and hereby does, move for leave to participate in oral argument in the above-captioned case in support of Defendant John Stottlemire's pending Motion to Dismiss. This Motion is based on this Notice of Motion.

    In light of the important legal issues regarding the proper application of the anti-circumvention provisions, as defined by 17 U.S.C. § 1201, Plaintiff's novel theory of trespass to chattel and conversion, and Defendants' pro se status, EFF believes that oral argument from *amicus curiae* may be of assistance to the Court. For the reasons set forth above, EFF respectfully asks that this Court grant leave to EFF to participate as *amicus curiae* in oral argument, currently scheduled for 10 a.m. on April 22, 2008.

DATED: March 25, 2008

By:     */s/ Jennifer A. Lynch*

Jennifer A. Lynch
Samuelson Law, Technology & Public Policy
Clinic at U.C. Berkeley Law School
Attorney for Amicus Curiae
Electronic Frontier Foundation
(*Supervising Attorney*)

By:     */s/ Domenic Ippolito*

DOMENIC IPPOLITO
Intern, Samuelson Clinic
(*Application for Student Practice Pending*)

By:     */s/ Hari O'Connell*

HARI O'CONNELL
Intern, Samuelson Clinic
(*Application for Student Practice Pending*)