SAMUELSON LAW, TECHNOLOGY
& PUBLIC POLICY CLINIC
JASON M. SCHULTZ (SBN 212600)
JENNIFER A. LYNCH (SBN 240701)
DOMENIC IPPOLITO (*Application for Student Practice Pending*)
HARI O'CONNELL (*Application for Student Practice Pending*)
UC Berkeley Law School
389 Simon Hall
Berkeley, CA  94720
Telephone:  (510) 642-7515
Facsimile:  (510) 643-4625
jlynch@law.berkeley.edu

Attorneys for *Amicus Curiae*
Electronic Frontier Foundation

*E-filed 3/31/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN STOTTLEMIRE, AND DOES 1-10, <br><br> Defendant. | Case No.  5:07-CV-03457 HRL <br><br> [PROPOSED] ORDER GRANTING ELECTRONIC FRONTIER FOUNDATION'S MOTION TO FILE AMICUS BRIEF |

## [PROPOSED] ORDER

Upon consideration of the Motion of the Electronic Frontier Foundation (EFF) for leave to file an *amicus curiae* brief in support of Defendant's Motion to Dismiss, the Court HEREBY GRANTS the Motion, and HEREBY ORDERS the *amicus curiae* brief be FILED in the above-captioned case.

SO ORDERED.

Dated:  __3/31__, 2008          By: _____
                                        Hon. Howard R. Lloyd
                                        United States Magistrate Judge