1  SAMUELSON LAW, TECHNOLOGY
&amp; PUBLIC POLICY CLINIC
2  JASON M. SCHULTZ (SBN 212600)
JENNIFER A. LYNCH (SBN 240701)
3  DOMENIC IPPOLITO (*Application for
Student Practice Pending*)
4  HARI O'CONNELL (*Application for
Student Practice Pending*)
5  UC Berkeley Law School
389 Simon Hall
6  Berkeley, CA 94720
Telephone: (510) 642-7515
7  Facsimile: (510) 643-4625
jlynch@law.berkeley.edu
8
Attorneys for *Amicus Curiae*
9  Electronic Frontier Foundation

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

SAN JOSE DIVISION

13

14  COUPONS, INC.,

15       Plaintiff,

16       v.

17  JOHN STOTTLEMIRE and DOES 1-10,

18       Defendants.

Case No. 5:07-CV-03457 HRL

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS TO MAY 13, 2008**

Date:    May 6, 2008

[N.D. Cal. Local Rule 6-2]

19

20

21

22

23

24

25

26

27

28

1                                                                   Case No. 5:07-CV-03457 HRL

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE
ON DEFENDANT'S MOTION TO DISMISS TO MAY 13, 2008

1   Amicus Curiae Electronic Frontier Foundation, Plaintiff Coupons, Inc., and
2   Defendant John Stottlemire hereby file this Stipulation requesting the Court continue the hearing
3   date on Defendant John Stottlemire's Motion to Dismiss, currently scheduled by the Court for
4   May 6, 2008, by one week to May 13, 2008.
5   WHEREAS, on December 27, 2007, Plaintiff Coupons, Inc. filed its Second
6   Amended Complaint;
7   WHEREAS, on February 26, 2008, Defendant Stottlemire filed a Motion to
8   Dismiss For Failure to State a Claim On Which Relief Can Be Granted;
9   WHEREAS, on March 25, 2008, Amicus Curiae Electronic Frontier Foundation
10  (EFF) filed Motions for Leave to File an Amicus Curiae Brief and for Leave to Appear and
11  Participate in Oral Argument in support of Defendant's Motion.
12  WHEREAS, on March 31, 2008, the Court granted EFF's two motions and
13  ordered the brief to be filed;
14  WHEREAS, on March 31, 2008, the Court signed a stipulation and order
15  allowing Plaintiff to file its Opposition to the Motion to Dismiss on April 4, 2008, and allowing
16  Defendant to file his Reply on April 11, 2008, and moving the hearing date on the Motion to
17  May 6, 2008;
18  WHEREAS, as stated in the accompanying Declaration of Jennifer Lynch, EFF's
19  attorneys, Jennifer Lynch and Jason Schultz, are both scheduled to attend a conference out of
20  town during the week of May 5, 2008;
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

1  IT IS HEREBY STIPULATED by and between the parties hereto that the hearing
2  date on the Motion to Dismiss be continued to May 13, 2008.

3

4  DATED: April 3, 2008

By: _____/s/ Jennifer A. Lynch_____

Jennifer A. Lynch
Samuelson Law, Technology & Public Policy
Clinic at U.C. Berkeley Law School
Attorney for Amicus Curiae
Electronic Frontier Foundation
(*Supervising Attorney*)


By: _____/s/ Carly Alameda_____

Carly Alameda
Farella Braun & Martel
Attorneys for Plaintiff
COUPONS, INC.


By: _____/s/ John Stottlemire_____

John Stottlemire
Defendant, *pro se*


## **ORDER**

Good cause appearing therefor, IT IS HEREBY ORDERED that the hearing on Defendant's Motion to Dismiss is CONTINUED to May 13, 2008 at 10:00 am (Courtroom 2, Fifth Floor of United States District Court in San Jose, California).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2008

By: _____

The Honorable Howard R. Lloyd
United States Magistrate Judge