1  SAMUELSON LAW, TECHNOLOGY
   & PUBLIC POLICY CLINIC

2  JASON M. SCHULTZ (SBN 212600)
   JENNIFER A. LYNCH (SBN 240701)

3  DOMENIC IPPOLITO (*Application for
   Student Practice Pending*)

4  HARI O'CONNELL (*Application for
   Student Practice Pending*)

5  UC Berkeley Law School
   389 Simon Hall

6  Berkeley, CA  94720
   Telephone:  (510) 642-7515

7  Facsimile:  (510) 643-4625
   jlynch@law.berkeley.edu

8

   Attorneys for *Amicus Curiae*

9  Electronic Frontier Foundation

*E-filed 4/3/08*

10

          UNITED STATES DISTRICT COURT

11

        NORTHERN DISTRICT OF CALIFORNIA

12

             SAN JOSE DIVISION

13

14  COUPONS, INC.,

15         Plaintiff,

16      v.

17  JOHN STOTTLEMIRE and DOES 1-10,

18       Defendants.

19

Case No. 5:07-CV-03457 HRL

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS TO MAY 13, 2008**

Date:     May 6, 2008

[N.D. Cal. Local Rule 6-2]

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE
ON DEFENDANT'S MOTION TO DISMISS TO MAY 13, 2008

1          Amicus Curiae Electronic Frontier Foundation, Plaintiff Coupons, Inc., and

2  Defendant John Stottlemire hereby file this Stipulation requesting the Court continue the hearing

3  date on Defendant John Stottlemire's Motion to Dismiss, currently scheduled by the Court for

4  May 6, 2008, by one week to May 13, 2008.

5          WHEREAS, on December 27, 2007, Plaintiff Coupons, Inc. filed its Second

6  Amended Complaint;

7          WHEREAS, on February 26, 2008, Defendant Stottlemire filed a Motion to

8  Dismiss For Failure to State a Claim On Which Relief Can Be Granted;

9          WHEREAS, on March 25, 2008, Amicus Curiae Electronic Frontier Foundation

10  (EFF) filed Motions for Leave to File an Amicus Curiae Brief and for Leave to Appear and

11  Participate in Oral Argument in support of Defendant's Motion.

12          WHEREAS, on March 31, 2008, the Court granted EFF's two motions and

13  ordered the brief to be filed;

14          WHEREAS, on March 31, 2008, the Court signed a stipulation and order

15  allowing Plaintiff to file its Opposition to the Motion to Dismiss on April 4, 2008, and allowing

16  Defendant to file his Reply on April 11, 2008, and moving the hearing date on the Motion to

17  May 6, 2008;

18          WHEREAS, as stated in the accompanying Declaration of Jennifer Lynch, EFF's

19  attorneys, Jennifer Lynch and Jason Schultz, are both scheduled to attend a conference out of

20  town during the week of May 5, 2008;

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING DATE
ON DEFENDANT'S MOTION TO DISMISS TO MAY 13, 2008

1          IT IS HEREBY STIPULATED by and between the parties hereto that the hearing

2   date on the Motion to Dismiss be continued to May 13, 2008.

3

DATED:  April 3, 2008

4                          By:_____*/s/ Jennifer A. Lynch*_____

5

6                               Jennifer A. Lynch
                           Samuelson Law, Technology & Public Policy

7                           Clinic at U.C. Berkeley Law School
                           Attorney for Amicus Curiae

8                           Electronic Frontier Foundation
                           (*Supervising Attorney*)

9

10                        By:_____*/s/ Carly Alameda*_____

11                           Carly Alameda

12                           Farella Braun & Martel
                           Attorneys for Plaintiff

13                           COUPONS, INC.

14

15                        By:_____*/s/ John Stottlemire*_____

16                           John Stottlemire
                           Defendant, *pro se*

17

18                             **<u>ORDER</u>**

19          Good cause appearing therefor, IT IS HEREBY ORDERED that the hearing on

20   Defendant's Motion to Dismiss is CONTINUED to May 13, 2008 at 10:00 am (Courtroom 2,

21   Fifth Floor of United States District Court in San Jose, California).

22          PURSUANT TO STIPULATION, IT IS SO ORDERED.

23   DATED: _____4/3_____, 2008

24                        By:_____

25                          The Honorable Howard R. Lloyd

26                          United States Magistrate Judge

27

28

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING DATE
ON DEFENDANT'S MOTION TO DISMISS TO MAY 13, 2008