Neil A. Goteiner (State Bar No. 083524)
Dennis M. Cusack (State Bar No. 124988)
Carly O. Alameda (State Bar No. 244424)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
E-mail:  ngoteiner@fbm.com, dcusack@fbm.com,
calameda@fbm.com

Attorneys for Plaintiff
COUPONS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., | Case No. 5:07-CV-03457 HRL |
| Plaintiff, | **APPENDIX OF NON-FEDERAL AND UNPUBLISHED AUTHORITIES CITED IN COUPON'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT STOTTLEMIRE'S MOTION TO DISMISS** |
| vs. | |
| JOHN STOTTLEMIRE, and DOES 1-10, | |
| Defendants. | |

APPENDIX TO COUPONS' MPA IN OPP. TO
STOTTLEMIRE'S MOTION TO DISMISS
USDC/NDC/SJ 5:07-CV-03457 HRL

22675\1520660.1

**UNPUBLISHED FEDERAL CASES**

**EXHIBIT**

*Filiti v. USAA Cas. Ins. Co.*,
    2007 WL 2435012 (E.D. Cal. 2007) ..................................................... …A

*Terarecon, Inc. v. Fovia, Inc.*,
    2006 U.S. Dist. LEXIS 48833 (N.D. Cal. 2006).........................................B

**STATE CASES**

*Intel Corp. v. Hamidi*,
    30 Cal. 4th 1342 (2003) ..................................................................C

*Korea Supply Co. v. Lockheed Martin Corp.*,
    29 Cal. 4th 1134 (2003) ................................................................. D

*Pines v. Tomson*,
    160 Cal. App. 3d 370 (1984).............................................................E

*Thrifty-Tel, Inc. v. Bezenek*,
    46 Cal. App. 4th 1559 (1996)............................................................ F

*Virtanen v. O'Connell*,
    140 Cal. App. 4th 688 (2006)........................................................... G

**OTHER AUTHORITES**

California Business & Professions Code,
    § 17200.................................................................................. H

Wright & Miller, 5B Federal Practice and Procedure,
    Civil 3d § 1357..........................................................................I

Dated:  April 04, 2008             FARELLA BRAUN & MARTEL LLP


By:   __/s/  Neil A. Goteiner_____
         Neil A. Goteiner

Attorneys for Plaintiff
COUPONS, INC.

COUPONS' MPA IN OPP. TO DEFENDANT
STOTTLEMIRE'S MOTION TO DISMISS    - 1 -         22675\1520660.1
USDC/NDC/SJ 5:07-CV-03457 HRL