Neil A. Goteiner (State Bar No. 083524)
Dennis M. Cusack (State Bar No. 124988)
Carly O. Alameda (State Bar No. 244424)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: ngoteiner@fbm.com, dcusack@fbm.com, calameda@fbm.com

Attorneys for Plaintiff
COUPONS, INC.

*E-filed 4/10/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN STOTTLEMIRE, and DOES 1-10,<br><br>    Defendants. | Case No. 5:07-CV-03457 HRL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION**<br><br>[N.D. ADR Local Rule 5-5] |

Plaintiff Coupons, Inc. and Defendant John Stottlemire hereby file this Stipulation to extend the deadline for conducting the Early Neutral Evaluation ("ENE") session.

WHEREAS, Judge Lloyd referred this action to ENE on February 6, 2008;

WHEREAS, the deadline for conducting the ENE session is currently May 6, 2008;

WHEREAS, the ENE session has been scheduled to take place with evaluator Harold J. McElhinny at 10:00 a.m. on May 5, 2008;

WHEREAS, Defendant Stottlemire's motion to dismiss Plaintiff Coupons' Second Amended Complaint is currently pending, and the hearing date has been continued from April 22, 2008 to May 13, 2008;

WHEREAS, under the current schedule, the ENE session will take place before the Court has had the opportunity to rule on Defendant Stottlemire's pending motion to dismiss;

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR CONDUCTING EARLY NEUTRAL
EVALUATION 5:07-CV-03457 HRL

22675\1523343.1

1  WHEREAS, the parties have discussed the issue and agree that the ENE session would be
2  most productive if it takes place after Judge Lloyd has ruled on the pending motion to dismiss;

3  WHEREAS, the parties have agreed that the deadline for conducting the ENE session
4  should be extended to the end of June, so that the parties can draft their ENE statements and
5  participate in the ENE session after the Court has ruled on the pending motion to dismiss;

6  IT IS HEREBY STIPULATED by and between the parties hereto that the deadline for
7  conducting the ENE session will be extended to June 30, 2008.

8  Dated: April 8, 2008                                    FARELLA BRAUN & MARTEL LLP
9
10                                                                 By: /s/ Dennis M. Cusack
11                                                                         Dennis M. Cusack
12                                                                 Attorneys for Plaintiff
                                                                   COUPONS, INC.
13  Dated: April 8, 2008
14
15                                                                 By: /s/ John Stottlemire
16                                                                         John Stottlemire
                                                                           Defendant, *pro se*
17
18                                                **ORDER**
19  Good cause appearing therefor, IT IS HEREBY ORDERED that the deadline for
20  conducting the ENE session will be extended to June 30, 2008.
21
22  DATED: 4/10/08
23                                                                 _____
                                                                   The Honorable Howard R. Lloyd
24                                                                 Judge of the United States District Court
25
26
27
28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR CONDUCTING EARLY NEUTRAL         - 2 -                              22675\1523343.1
EVALUATION 5:07-CV-03457 HRL