# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**

Courtroom 2 - 5th Floor

## Civil Minute Order

Date:   May 13, 2008                                Time in Court: 1 hour 7 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

---

**TITLE:**  Coupons, Inc. v. John Stottlemire
**CASE NUMBER**: C07-03457HRL
Plaintiff Attorney present: Dennis Cusack
Defendant Attorney present: John Stottlemire, in pro se
Amicus Attorneys present: David Hari O'Connell, Domenic Ippolito, Jennifer Lynch and Jason Schultz

---

**PROCEEDINGS: Defendant's Motion to Dismiss**


Counsel present arguments.

Matter is taken under submission.  Court to issue written ruling.