1   Neil A. Goteiner (State Bar No. 083524)
    Dennis M. Cusack (State Bar No. 124988)
2   Carly O. Alameda (State Bar No. 244424)
    Farella Braun & Martel LLP
3   235 Montgomery Street, 17th Floor
    San Francisco, CA 94104
4   Telephone: (415) 954-4400
    Facsimile: (415) 954-4480
5   E-mail: ngoteiner@fbm.com, dcusack@fbm.com,
    calameda@fbm.com
6
    Attorneys for Plaintiff
7   COUPONS, INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12   COUPONS, INC.,                    Case No. 5:07-CV-03457 HRL

13              Plaintiff,             **STIPULATION AND [PROPOSED]**
                                       **ORDER TO EXTEND DEADLINE FOR**
14        vs.                          **CONDUCTING EARLY NEUTRAL**
                                       **EVALUATION**
15   JOHN STOTTLEMIRE, and DOES 1-10,

16              Defendants.            [N.D. ADR Local Rule 5-5]

17

18        Plaintiff Coupons, Inc. and Defendant John Stottlemire hereby file this Stipulation to

19   extend the deadline for conducting the Early Neutral Evaluation ("ENE") session.

20        WHEREAS, Judge Lloyd previously extended the deadline to conduct the ENE session

21   from May 6, 2008 to June 30, 2008;

22        WHEREAS, the hearing on the motion to dismiss will take place on May 13, 2008;

23        WHEREAS, the parties intended to reschedule the ENE session for a date after this Court

24   makes its decision on the motion to dismiss, but before the June 30 deadline;

25        WHEREAS, the parties were unable to find a mutually acceptable date in June given time

26   constraints of the parties and the availability of the assigned evaluator, Harold McElhinny;

27        WHEREAS, the parties have tentatively rescheduled the ENE session for July 9, 2008,

28   subject to an Order by this Court extending the ENE deadline;

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR CONDUCTING EARLY NEUTRAL
EVALUATION 5:07-CV-03457 HRL                          22675\1582165.1

1    IT IS HEREBY STIPULATED by and between the parties hereto that the deadline for

2    conducting the ENE session will be extended to July 18, 2008.

3    Dated: May 13, 2008                           FARELLA BRAUN & MARTEL LLP

4

5                                                  By: _____

6                                                      Dennis M. Cusack

7                                                  Attorneys for Plaintiff
                                                   COUPONS, INC.

8    Dated: May 12, 2008

9

10                                                 By: _____

11                                                     John Stottlemire
                                                       Defendant, *pro se*

12

13                              **ORDER**

14       Good cause appearing therefor, IT IS HEREBY ORDERED that the deadline for

15   conducting the ENE session will be extended to July 18, 2008.

16

17   DATED: ____5/13/08____                        _____

18                                                 The Honorable Howard R. Lloyd
                                                   Judge of the United States District Court

19

20

21

22

23

24

25

26

27

28

STIP AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR CONDUCTING EARLY NEUTRAL           - 2 -                    22675\1582165.1
EVALUATION 5:07-CV-03457 HRL