1  John A. Stottlemire
   33103 Lake Garrison Street
2  Fremont, CA 94555
   Telephone: (614) 358-4185
3  Email: jstottl@comcast.net
   Defendant, *pro se*
4

5                UNITED STATES DISTRICT COURT

6                NORTHERN DISTRICT OF CALIFORNIA

7                     SAN JOSE DIVISION

8

9  COUPONS, INC., a California corporation,  )  Case No. 5:07-cv-03457 HRL
                                             )
10         Plaintiff,                        )  **[PROPOSED] ORDER GRANTING**
                                             )  **DEFENDANT'S MOTION TO STRIKE**
11         v.                                )  **PLAINTIFF'S SUPPLEMENTAL**
                                             )  **LETTER BRIEF FOLLOWING**
12 JOHN STOTTLEMIRE, and DOES 1-10,          )  **HEARING ON MOTION TO DISMISS**
                                             )
13         Defendant                         )  Courtroom: 2, 5th Floor
                                             )  Judge:     Hon. Howard R. Lloyd
14

15     This Court, having read and considered the papers submitted by the Defendant and

16 opposition, if any, and finding good cause exists, GRANTS, the Motion to Strike Plaintiff's

17 Supplemental Letter Brief Following Hearing On Motion To Dismiss filed by Dennis Cusack on

18 May 14, 2008.

19     **IT IS SO ORDERED.**

20

21

22 Dated: _____           _____
                                             HOWARD R. LLOYD
23                                           UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28