Neil A. Goteiner (State Bar No. 083524)
Dennis M. Cusack (State Bar No. 124988)
Carly O. Alameda (State Bar No. 244424)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: ngoteiner@fbm.com, dcusack@fbm.com, calameda@fbm.com

Attorneys for Plaintiff
COUPONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN STOTTLEMIRE, and DOES 1-10, <br><br> Defendants. | Case No. 5:07-CV-03457 HRL <br><br> **COUPONS' OPPOSITION TO MOTION TO STRIKE LETTER BRIEF** <br><br> Judge:   Honorable Howard R. Lloyd |

At the hearing, in the course of discussing the interrelationship of sections 1201(a) and 1201(b) of the DMCA, EFF commented on Coupons' argument that the coupons are unique to the extent that they are each numbered for tracking. That lead to a discussion as to whether the coupons, to the extent they are unique, could be derivative works under the copyright laws. The Court asked the parties to brief: (1) Does adding the barcode make each coupon a separate copyrightable work? (2) Is each coupon a derivative work?

///

///

///

///

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

COUPONS' OPPOSITION TO MOTION TO STRIKE
LETTER BRIEF -- USDC/NDC/SJ 5:07-CV-03457 HRL    - 1 -    22675\1590339.1

Coupons' letter brief responds to these questions, and places our response in the context of the discussion that raised them in order to assist the Court. It does not raise any new issues. Nonetheless, we have no objection if Mr. Stottlemire feels the need to respond further.

Dated: May 20, 2008                    FARELLA BRAUN & MARTEL LLP

By:     /s/
     Dennis M. Cusack

Attorneys for Plaintiff
COUPONS, INC.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

COUPONS' OPPOSITION TO MOTION TO STRIKE
LETTER BRIEF -- USDC/NDC/SJ 5:07-CV-03457 HRL      - 2 -              22675\1590339.1

**PROOF OF SERVICE**

I, the undersigned, declare that I am a resident of the State of California, employed in the County of San Francisco, over the age of eighteen years and not a party to the within action. My business address is: Farella Braun + Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, California 94104.

On this date I served the within document(s):

**COUPONS' OPPOSITION TO MOTION TO STRIKE LETTER BRIEF**

__X__   **MAIL:** by placing a true copy thereof, addressed as set forth below and enclosed in a sealed envelope with postage thereon fully prepaid and deposited for collection and mailing with the U.S. Postal Service. I am readily familiar with the ordinary business practice of this office for processing mail.

> John Allan Stottlemire
> 33103 Lake Garrison Street
> Fremont, CA 94555
> Telephone: 614-358-4185
> E-mail: jstottl@comcast.net
> Defendant – *Pro Se*

__X__   **BY ELECTRONIC FILING:** the within document(s), the automatically generated notification for which constitutes service pursuant to General Order 45, Section IX(A) and (B).

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed in San Francisco, California on **May 20, 2008**.

/s/
Lawrence L. Coles

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

COUPONS' OPPOSITION TO MOTION TO STRIKE
LETTER BRIEF -- USDC/NDC/SJ 5:07-CV-03457 HRL        - 3 -        22675\1590339.1