Neil A. Goteiner (State Bar No. 083524)
Dennis M. Cusack (State Bar No. 124988)
Carly O. Alameda (State Bar No. 244424)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: ngoteiner@fbm.com, dcusack@fbm.com, calameda@fbm.com

Attorneys for Plaintiff
COUPONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC.,<br><br>          Plaintiff,<br><br>     vs.<br><br>JOHN STOTTLEMIRE, and DOES 1-10,<br><br>          Defendants. | Case No.  5:07-CV-03457 HRL<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE PRE-TRIAL AND TRIAL DATES AND SET FURTHER CASE MANAGEMENT CONFERENCE** |

Plaintiff Coupons, Inc. and Defendant John Stottlemire hereby submit this stipulation to vacate the pre-trial and trial dates set forth in the Case Management Conference Scheduling Order filed February 6, 2008, and request a further Case Management Conference to reset those dates.

WHEREAS, the parties previously submitted a Case Management Statement, and participated in a Case Management Conference on February 5, 2008, setting forth pre-trial and trial dates;

WHEREAS, on February 6, 2008 this Court issued a Case Management Conference Scheduling Order setting forth various pre-trial and trial dates;

WHEREAS, Defendant subsequently filed a motion to dismiss Plaintiff's Second Amended Complaint on February 26, 2008;

WHEREAS, this Court entered an Order on Defendant's motion to dismiss on July 2,

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP AND [PROPOSED] ORDER TO VACATE PRE-TRIAL AND TRIAL DATES 5:07-CV-03457 HRL

22675\1637773.1

1  2008, denying Defendant's motion in part, and granting it in part, and granting Plaintiff leave to
2  amend its complaint by July 22, 2008;

3      WHEREAS, the Fact Discovery Cutoff date is set at August 19, 2008, and the parties have
4  not yet engaged in any discovery;

5      WHEREAS, the parties plan to engage in discovery, but have continued to postpone
6  engaging in discovery until it is clear which claims will proceed in the case;

7      WHEREAS, the parties would like to vacate the current dates and set new dates in light of
8  the circumstances of the motion to dismiss and current leave to amend, and the approaching
9  discovery cutoff dates;

10     IT IS HEREBY STIPULATED by and between the parties hereto that the pre-trial and
11 trial dates set forth in the Case Management Conference Scheduling Order will be vacated, and a
12 further Case Management Conference will be set during which the parties will propose a new
13 schedule of dates.

Dated: July 17, 2008                        FARELLA BRAUN & MARTEL LLP

By: /s/
    Dennis M. Cusack

Attorneys for Plaintiff
COUPONS, INC.

Dated: July 17, 2008

By: /s/
    John Stottlemire
    Defendant, *pro se*

### ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that the pre-trial and trial dates set forth in the Case Management Conference Scheduling Order are hereby vacated, and a further Case Management Conference is set for _____.

DATED: _____

    The Honorable Howard R. Lloyd

**PROOF OF SERVICE**

I, the undersigned, declare that I am a resident of the State of California, employed in the County of San Francisco, over the age of eighteen years and not a party to the within action. My business address is: Farella Braun + Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, California 94104.

On this date I served the within document(s):

**STIPULATION AND [PROPOSED] ORDER TO VACATE PRE-TRIAL AND TRIAL DATES AND SET FURTHER CASE MANAGEMENT CONFERENCE**

 __X__   **BY ELECTRONIC FILING:** the within document(s), the automatically generated notification for which constitutes service pursuant to General Order 45, Section IX(A) and (B).

 __X__   **MAIL:** by placing a true copy thereof, addressed as set forth below and enclosed in a sealed envelope with postage thereon fully prepaid and deposited for collection and mailing with the U.S. Postal Service. I am readily familiar with the ordinary business practice of this office for processing mail.

| John Stottlemire<br>33103 Lake Garrison Street<br>Fremont, CA  94555 | |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed in San Francisco, California on **July 17, 2008**.

 /s/
Deborah Lynch