Neil A. Goteiner (State Bar No. 083524)
Dennis M. Cusack (State Bar No. 124988)
Carly O. Alameda (State Bar No. 244424)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: ngoteiner@fbm.com, dcusack@fbm.com, calameda@fbm.com

Attorneys for Plaintiff
COUPONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN STOTTLEMIRE, and DOES 1-10,<br><br>Defendants. | Case No. 5:07-CV-03457 HRL<br><br>[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO THIRD AMENDED COMPLAINT<br><br>Judge:   Honorable Howard R. Lloyd |

The Court has considered Defendant's Motion to Extend Time to Respond to the Third Amended Complaint, and Coupons' Opposition to Defendant's Motion to Extend Time to Respond to the Third Amended Complaint, and the accompanying declarations. Finding that good cause does not exist for the extension, the Motion is DENIED. Defendant John Stottlemire will file a responsive pleading within the time frame previously agreed to between the parties.

IT IS HEREBY ORDERED that:

Defendant's Motion to Extend Time to Respond to the Third Amended Complaint is DENIED.

DATED: _____

_____
Hon. Howard R. Lloyd
United States Magistrate Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO THIRD AMENDED COMPLAINT / USDC/NDC/SJ 5:07-CV-03457 HRL

22675\1647312.1

## PROOF OF SERVICE

I, the undersigned, declare that I am a resident of the State of California, employed in the County of San Francisco, over the age of eighteen years and not a party to the within action. My business address is: Farella Braun + Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, California 94104.

On this date I served the within document(s):

**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO THIRD AMENDED COMPLAINT**

__X__  **BY ELECTRONIC FILING:** the within document(s), the automatically generated notification for which constitutes service pursuant to General Order 45, Section IX(A) and (B).

John Allan Stottlemire
33103 Lake Garrison Street
Fremont, CA 94555
Telephone: 614-358-4185
E-mail: jstottl@comcast.net
Defendant – *Pro Se*

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed in San Francisco, California on **July 31, 2008**.

/s/
Lawrence L. Coles

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PROPOSED ORDER DENYING MOTION
TO DISMISS /
USDC/NDC/SJ 5:07-CV-03457 HRL

- 2 -

22675\1647312.1