\* E-filed 8/8/08 \*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., | Case No. CV 07-03457 HRL |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO THE THIRD AMENDED COMPLAINT** |
| v. | |
| JOHN STOTTLEMIRE, | |
| Defendant. | Re: Docket No. 89 |

*Pro se* defendant seeks an extension of 126 days from the original deadline of August 5, 2008 to file his response to the Third Amended Complaint("TAC") to allow him time to prepare a motion for sanctions, and to insure that any amendment or withdrawal of the TAC occurs before his response is due. Plaintiff opposes the motion, stating that it has already stipulated to a 30 day extension to September 4, and that it does not intend to withdraw the TAC.

The court GRANTS IN PART the Motion to Extend Time. Defendant shall have until October 6, 2008 to respond to the TAC. Because plaintiff has represented to the court that it will not withdraw the TAC, the defendant shall submit his motion for sanctions in conjunction with his response. The safe harbor period provided under Fed R. Civ. P. 11 shall be shortened to 5 days.

The case management schedule currently scheduled for September 23 shall be vacated. The court will set a new case management conference at the anticipated motion hearing.

**IT IS SO ORDERED.**

Dated: 8/8/08



_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated:   8/8/08

                                                /s/ mpk
                                  Chambers of Magistrate Judge Lloyd