1  Neil A. Goteiner (State Bar No. 083524)
   Dennis M. Cusack (State Bar No. 124988)
2  Carly O. Alameda (State Bar No. 244424)
   Farella Braun & Martel LLP
3  235 Montgomery Street, 17th Floor
   San Francisco, CA  94104
4  Telephone:  (415) 954-4400
   Facsimile:  (415) 954-4480
5  E-mail:  ngoteiner@fbm.com, dcusack@fbm.com,
   calameda@fbm.com
6
   Attorneys for Plaintiff
7  COUPONS, INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12  COUPONS, INC.,                      | Case No.  5:07-CV-03457 HRL
13           Plaintiff,                 | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION**
14      vs.                             |
15  JOHN STOTTLEMIRE, and DOES 1-10,    |
16           Defendants.                | [N.D. ADR Local Rule 5-5]

17

18       Plaintiff Coupons, Inc. and Defendant John Stottlemire hereby submit this Stipulation to

19  extend the deadline for conducting the Early Neutral Evaluation ("ENE ) session.

20       WHEREAS, Judge Lloyd previously extended the deadline to conduct the ENE session

21  from May 6, 2008 to June 30, 2008, then to July 18, 2008, and then to August 22, 2008;

22       WHEREAS, the prior extensions were sought in order to accommodate the briefing

23  schedule and to await the decision on the motion to dismiss;

24       WHEREAS, the parties participated in a phone call with appointed evaluator Harold

25  McElhinny on July 25, 2008 in order to schedule the ENE session;

26       WHEREAS, Mr. McElhinny informed the parties he would be out of the state at trial from

27  August 2 to August 23;

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR CONDUCTING EARLY NEUTRAL
EVALUATION 5:07-CV-03457 HRL

22675\1697711.1

WHEREAS, the parties and Mr. McElhinny mutually agreed to conduct the ENE session on September 8, pending an order from the Court extending the ENE deadline;

WHEREAS, Mr. Stottlemire subsequently requested, and Coupons has agreed, to postpone the ENE by at least a week to accommodate Mr. Stottlemire's schedule; and

WHEREAS, the parties will confer with Mr. McElhinney to set a mutually convenient time for the ENE.

IT IS HEREBY STIPULATED by and between the parties hereto that the deadline for conducting the ENE session will be extended to October 31, 2008.

Dated: August 20, 2008                          FARELLA BRAUN & MARTEL LLP


By: /s/_____
    Dennis M. Cusack

Attorneys for Plaintiff
COUPONS, INC.

Dated: August 20, 2008


By: /s/_____
    John Stottlemire
    Defendant, *pro se*


## ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that the deadline for conducting the ENE session will be extended to October 31, 2008.


DATED: _____         _____
                                      The Honorable Howard R. Lloyd
                                      Judge of the United States District Court

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR CONDUCTING EARLY NEUTRAL
EVALUATION 5:07-CV-03457 HRL

- 2 -

22675\1697711.1

## PROOF OF SERVICE

I, the undersigned, declare that I am a resident of the State of California, employed in the County of San Francisco, over the age of eighteen years and not a party to the within action. My business address is: Farella Braun + Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, California 94104.

On this date I served the within document(s):

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION**

__X__    **BY ELECTRONIC FILING:** the within document(s), the automatically generated notification for which constitutes service pursuant to General Order 45, Section IX(A) and (B).

| | |
|---|---|
| John Stottlemire<br>33103 Lake Garrison Street<br>Fremont, CA 94555 | Harold J. McElhinny<br>Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed in San Francisco, California on **August 20, 2008**.

/s/
Lawrence L. Coles

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION 5:07-CV-03457 HRL     - 3 -     22675\1697711.1