| | |
|---|---|
| 1 | Neil A. Goteiner (State Bar No. 083524) |
| | Dennis M. Cusack (State Bar No. 124988) |
| 2 | Carly O. Alameda (State Bar No. 244424) |
| | Farella Braun & Martel LLP |
| 3 | 235 Montgomery Street, 17th Floor |
| | San Francisco, CA 94104 |
| 4 | Telephone: (415) 954-4400 |
| | Facsimile: (415) 954-4480 |
| 5 | E-mail: ngoteiner@fbm.com, dcusack@fbm.com, |
| | calameda@fbm.com |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | COUPONS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., | Case No. 5:07-CV-03457 HRL |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION** |
| vs. | |
| JOHN STOTTLEMIRE, and DOES 1-10, | |
| Defendants. | [N.D. ADR Local Rule 5-5] |

Plaintiff Coupons, Inc. and Defendant John Stottlemire hereby submit this Stipulation to extend the deadline for conducting the Early Neutral Evaluation ("ENE ) session.

WHEREAS, Judge Lloyd previously extended the deadline to conduct the ENE session from May 6, 2008 to June 30, 2008, then to July 18, 2008, and then to August 22, 2008;

WHEREAS, the prior extensions were sought in order to accommodate the briefing schedule and to await the decision on the motion to dismiss;

WHEREAS, the parties participated in a phone call with appointed evaluator Harold McElhinny on July 25, 2008 in order to schedule the ENE session;

WHEREAS, Mr. McElhinny informed the parties he would be out of the state at trial from August 2 to August 23;

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR CONDUCTING EARLY NEUTRAL
EVALUATION 5:07-CV-03457 HRL

22675\1697711.1

1  WHEREAS, the parties and Mr. McElhinny mutually agreed to conduct the ENE session
2  on September 8, pending an order from the Court extending the ENE deadline;
3  WHEREAS, Mr. Stottlemire subsequently requested, and Coupons has agreed, to
4  postpone the ENE by at least a week to accommodate Mr. Stottlemire's schedule; and
5  WHEREAS, the parties will confer with Mr. McElhinney to set a mutually convenient
6  time for the ENE.
7  IT IS HEREBY STIPULATED by and between the parties hereto that the deadline for
8  conducting the ENE session will be extended to October 31, 2008.

9  Dated: August 20, 2008                           FARELLA BRAUN & MARTEL LLP

11                                                  By: /s/
12                                                       Dennis M. Cusack

13                                                  Attorneys for Plaintiff
                                                    COUPONS, INC.

14  Dated: August 20, 2008

16                                                  By: /s/
17                                                       John Stottlemire
                                                         Defendant, *pro se*

### ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that the deadline for conducting the ENE session will be extended to October 31, 2008.

DATED: 8/25/08

_____
The Honorable Howard R. Lloyd
Magistrate Judge of the United States District Court

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR CONDUCTING EARLY NEUTRAL    - 2 -                             22675\1697711.1
EVALUATION 5:07-CV-03457 HRL