*e-filed 10/31/08*

1  Neil A. Goteiner (State Bar No. 083524)
   Dennis M. Cusack (State Bar No. 124988)
2  Carly O. Alameda (State Bar No. 244424)
   Farella Braun & Martel LLP
3  235 Montgomery Street, 17th Floor
   San Francisco, CA 94104
4  Telephone: (415) 954-4400
   Facsimile: (415) 954-4480
5  E-mail: ngoteiner@fbm.com, dcusack@fbm.com,
   calameda@fbm.com
6
   Attorneys for Plaintiff
7  COUPONS, INC.

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12 | COUPONS, INC.,                | Case No. 5:07-CV-03457 HRL
13 |        Plaintiff,              | **STIPULATION AND [PROPOSED]
                                    | ORDER TO EXTEND DEADLINE FOR
14 |   vs.                          | CONDUCTING EARLY NEUTRAL
                                    | EVALUATION**
15 | JOHN STOTTLEMIRE, and DOES 1-10,|
16 |        Defendants.             | [N.D. ADR Local Rule 5-5]

17

18   Plaintiff Coupons, Inc. and Defendant John Stottlemire hereby submit this Stipulation to

19 extend the deadline for conducting the Early Neutral Evaluation ("ENE") session.

20   WHEREAS, Judge Lloyd previously extended the deadline to conduct the ENE session

21 from May 6, 2008 to June 30, 2008, then to July 18, 2008, then to August 22, 2008, and then to

22 October 31, 2008;

23   WHEREAS, the prior extensions were sought in order to accommodate the briefing

24 schedule and to await the decision on the second motion to dismiss, and then to accommodate the

25 schedules of the parties and the appointed evaluator, Harold McElhinny;

26   WHEREAS, the Defendant Mr. Stottlemire subsequently filed a third motion to dismiss

27 and a motion for sanctions, and these matters will be heard on November 4, 2008;

28

STIP AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR CONDUCTING EARLY NEUTRAL
EVALUATION 5:07-CV-03457 HRL

22675\1744269.1

WHEREAS, the parties have conferred with each other and Mr. McElhinny regarding the ENE session and have attempted in good faith to schedule the session; and

WHEREAS, the parties and Mr. McElhinny have mutually agreed to conduct the ENE session on November 13, pending an order from the Court extending the ENE deadline.

IT IS HEREBY STIPULATED by and between the parties hereto that the deadline for conducting the ENE session will be extended to December 19, 2008.

Dated: October 21, 2008                     FARELLA BRAUN & MARTEL LLP


                                            By: /s/
                                                Dennis M. Cusack

                                            Attorneys for Plaintiff
                                            COUPONS, INC.

Dated: October 21, 2008


                                            By: _____
                                                John Stottlemire
                                                Defendant, *pro se*


## ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that the deadline for conducting the ENE session will be extended to December 19, 2008.

DATED: 10/31/08                             _____
                                            The Honorable Howard R. Lloyd
                                            Judge of the United States District Court

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR CONDUCTING EARLY NEUTRAL
EVALUATION 5:07-CV-03457 HRL

- 2 -

22675\1744269.1