# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

# Civil Minute Order

Date:   November 4, 2008                                                Time in Court: 54 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

**TITLE:**  Coupons, Inc. v. John Stottlemire
**CASE NUMBER**: C07-03457HRL
Plaintiff Attorney present: Dennis Cusack
Defendant Attorney present: John Stottlemire, in pro se

**PROCEEDINGS: Defendant's Motions to Dismiss and for Sanctions**


Counsel present arguments.

Matters are taken under submission.  Court to issue written ruling.