John A Stottlemire
33103 Lake Garrison Street
Fremont, CA 94555
Telephone: (614) 358-4185
Email: jstottl@comcast.net
Defendant, *pro se*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., a California corporation, ) | Case No.: 5:07-cv-03457-HRL |
| Plaintiff, ) | **ADMINISTRATIVE MOTION TO EXTEND TIME TO ANSWER THE THIRD AMENDED COMPLAINT** |
| vs. ) | |
| JOHN STOTTLEMIRE ) | Courtroom: 2, 5th Floor |
| Defendant ) | Judge: Hon. Howard R. Lloyd |

MOTION

Pursuant to Civil Local Rule 6-3 Defendant John Stottlemire ("Stottlemire") moves for an Extension in Time to File an Answer and Counter-Claims to Third Amended Complaint filed by Plaintiff Coupons, Inc ("Plaintiff"). Stottlemire seeks an extension to January 31, 2009.

STATEMENT OF RELEVANT FACTS

Stottlemire received the Third Amended Complaint on July 22, 2008.

Stottlemire filed a Motion to Dismiss the Third Amended Complaint on September 22, 2008.

The Court, being fully briefed and hearing Stottlemire's Motion to Dismiss the Third Amended Complaint, denied Stottlemire's Motion to Dismiss the Third Amended Complaint on November 6, 2008.

According to Federal Rules of Civil Procedure Rule 12(a)(4), Stottlemire must answer the Third Amended Complaint not later than November 21, 2008.

Administrative Motion to Extend Time to Answer the Third Amended Complaint
No. C-07-03457 HRL

1

Stottlemire is a *pro se* litigant and needs more time to file an answer and counter-claims to the Third Amended Complaint for personal reasons which Stottlemire could not have foreseen nor planned for.  (Stottlemire Declaration 1-19)

An extension to January 31, 2009 is needed for Stottlemire to file an answer and counter-claims to the Third Amended Complaint due to personal reasons which are beyond Stottlemire's control.  (Stottlemire Declaration 22)

Stottlemire asked opposing counsel for the extension but opposing counsel only agreed to an extension of 14 days (Stottlemire Declaration 20-21)

Stottlemire and Plaintiff or the Court has previously extended dates as follows:

1) Stottlemire and Plaintiff stipulated to an extension of 11 days for Stottlemire to respond to the original Complaint.
2) The Court granted in part, a Motion filed by Stottlemire and ordered an extension of 60 days for Stottlemire to respond to the original Complaint.
3) The Court granted a Motion filed by Plaintiff and ordered an extension of 21 days for Plaintiff to respond to Motions filed by Stottlemire.
4) Stottlemire and Plaintiff stipulated to an extension of 30 days for Stottlemire to respond to the Second Amended Complaint.
5) The Court granted in part a Motion filed by Stottlemire to extend time to answer the Third Amended Complaint and gave Stottlemire until October 6, 2008 to respond to the Third Amended Complaint.

The Court is requested to find that these circumstances constitute good cause and to enter an order extending the time for filing the Answer and Counter-Claims to the Third Amended Complaint filed by Plaintiff to January 31, 2009.

Dated:  November 10, 2008                         Respectfully Submitted:


_____/s/_____
John Stottlemire
Defendant, *pro se*

Administrative Motion to Extend Time to Answer the Third Amended Complaint
No. C-07-03457 HRL

2