**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA,
ORANGE COUNTY, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

November 10, 2008

Writer's Direct Contact
415/268-7265
HMcElhinny@mofo.com

**By E-Mail**

Dennis M. Cusack
Farella Braun & Martel LLP
235 Montgomery Street
San Francisco, CA 94104
E-Mail: dcusack@fbm.com

Neil A. Goteiner
Farella Braun & Martel LLP
235 Montgomery Street
San Francisco, CA 94014
E-Mail: ngoteiner@fbm.com

John Allan Stottlemire
33013 Lake Garrison Street
Fremont, CA 94555
E-Mail: jstottl@comcast.net

Re:     *Coupons, Inc. v. Stottlemire*
        *Case No. C 07-03457 HRL ENE*

Dear Counsel:

I sincerely apologize, but I am going to have to move our hearing on Thursday back to my San Francisco office. This is unavoidable because I have learned that I have to be in New York on Friday

More formally: The session will begin at 10:00 a.m. at the following address:

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
33rd Floor

We will have provided your names to security, but you must bring a government issued picture ID with you.

sf-2603032

Dockets.Justia.com

Dennis M. Cusack
Neil A. Goteiner
John Allan Stottlemire
November 10, 2008
Page Two

Again, my sincere apologies for any inconvenience I am causing, but I know that you all would like to get this ENE procedure underway.

Yours truly,

Harold J. McElhinny

HJM:vrs
cc:     Alice Fiel (Via E-Mail)
        ADR Case Administrator