

# FARELLA BRAUN + MARTEL LLP
Attorneys At Law

Russ Building / 235 Montgomery Street
San Francisco / CA 94104

T 415.954.4400 / F 415.954.4480
www.fbm.com

CARLY O. ALAMEDA
calameda@fbm.com
D 415.954.4981

November 14, 2008

*Via E-file*

Honorable Howard R. Lloyd
Northern District of California
280 South First Street
San Jose, CA 95113

    Re:    *Coupons, Inc. v. Stottlemire*; Case No. 5:07-cv-03457
             Memorandum of Settlement

Dear Judge Lloyd:

    I wanted to inform you that the parties participated in a successful Early Neutral Evaluation session yesterday with Harold McElhinny. Coupons and Mr. Stottlemire have signed a Memorandum of Settlement. The parties plan to execute a more detailed settlement agreement shortly. Thank you.

Very truly yours,

*[signature]*

Carly O. Alameda

cc:    John Stottlemire (via e-file and U.S. Mail)

22675\1765539.1