FILED
NOV 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

Coupons, Inc.,

    Plaintiff(s),

v.

Stottlemire,

    Defendant(s).

No. C 07-03457 HRL ENE

**Certification of ADR Session**

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) __Nov. 13, 2008__

2. Did the case settle? ☒ fully    ☐ partially    ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☒ YES    ☐ NO

Dated: __Nov. 13, 2008__     _/s/ Harold J. McElhinny_

Evaluator, Harold J. McElhinny
Morrison & Foerster
425 Market St.
San Francisco, CA 94105

**Certification of ADR Session**
07-03457 HRL ENE