Neil A. Goteiner (State Bar No. 083524)
Dennis M. Cusack (State Bar No. 124988)
Carly O. Alameda (State Bar No. 244424)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: ngoteiner@fbm.com, dcusack@fbm.com,
calameda@fbm.com

Attorneys for Plaintiff
COUPONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| COUPONS, INC., | Case No. 5:07-CV-03457 HRL |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO EXTEND TIME TO ANSWER THE THIRD AMENDED COMPLAINT** |
| vs. | |
| JOHN STOTTLEMIRE, and DOES 1-10, | |
| Defendants. | Judge: Honorable Howard R. Lloyd |

The Court has considered Defendant's Administrative Motion to Extend Time to Answer the Third Amended Complaint, and its supporting declaration, and Coupons' Opposition to Defendant's Motion to Extend Time to Answer the Third Amended Complaint. Finding that good cause does not exist for the extension, the Motion is DENIED. Defendant John Stottlemire's answer to Coupons' Third Amended Complaint will be due December 15, 2008.

IT IS HEREBY ORDERED that Defendant's Administrative Motion to Extend Time to Answer the Third Amended Complaint is DENIED.

DATED: _____

Hon. Howard R. Lloyd
United States Magistrate Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER DENYING DEFENDANT'S MOTION
TO EXTEND TIME TO ANSWER THIRD AMENDED
COMPLAINT / USDC/NDC/SJ 5:07-CV-03457 HRL

22675\1764401.1

Dockets.Justia.com