Neil A. Goteiner (State Bar No. 083524)
Dennis M. Cusack (State Bar No. 124988)
Carly O. Alameda (State Bar No. 244424)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: ngoteiner@fbm.com, dcusack@fbm.com, calameda@fbm.com

Attorneys for Plaintiff
COUPONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., <br> Plaintiff, <br> vs. <br> JOHN STOTTLEMIRE, and DOES 1-10, <br> Defendants. | Case No. 5:07-CV-03457 HRL <br><br> **DECLARATION OF NEIL A. GOTEINER IN SUPPORT OF COUPONS' MOTION TO DIRECT THE PARTIES TO RETURN TO EARLY NEUTRAL EVALUATION PURSUANT TO ADR L.R. 5-2, AND CIVIL L.R. 7** <br><br> Date: January 27, 2009 <br> Time: 10:00 a.m. <br> Courtroom: 2 <br> Judge: Honorable Howard R. Lloyd |

I, Neil A. Goteiner, declare and say:

1. I am a partner with Farella Braun + Martel LLP in San Francisco, California, and submit this declaration in support of Coupons, Inc.'s motion for this Court to refer the parties to Mr. Harold McElhinny for a continuation of the ENE process.

2. Starting on November 21, 2008, I began to exchange email with Mr. Stottlemire regarding his breach of the confidentiality term of the Settlement Agreement which he combined with his mischaracterizations of events prior to settlement. I referred him to his website announcement, (a shot of his website is attached hereto as Exhibit A), and a series of blogs and

publications reporting conversations with him (some of which are collected in Exhibit B attached hereto).

3. I also proposed on November 21 that he remedy his breach and attempt to repair the damage to Coupons by making a statement to the press and on his website explaining the true facts leading up to the settlement. He declined, maintaining, among other things, that he did not breach the Settlement Agreement.

4. I notified Mr. McElhinny in writing of Mr. Stottlemire's breach and of Coupons' resulting rescission of the Settlement Agreement. I also repeatedly proposed to Mr. Stottlemire between November 21st and November 26th that the parties return to Mr. McElhinny for guidance in attempting to repair the breach and to settle the matter.

5. On November 26, 2008, Mr. Stottlemire explicitly rejected Coupons' proposal to return to Mr. McElhinny. Mr. Stottlemire also stated that he did not breach the Settlement Agreement and would be considering a motion to enforce the Settlement Agreement if the Court declined to hold a status conference.

I declare under penalty that the foregoing is true and correct and that I could so competently testify if called upon to do so. Executed in San Francisco, California on December 5, 2008.

/s/
Neil A. Goteiner

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DECLARATION OF N. GOTEINER ISO
MOTION TO DIRECT PARTIES TO RETURN          - 2 -
TO ENE / USDC 5:07-CV-03457 HRL

22675\1782508.1

## PROOF OF SERVICE

I, the undersigned, declare that I am a resident of the State of California, employed in the County of San Francisco, over the age of eighteen years and not a party to the within action. My business address is: Farella Braun + Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, California 94104.

On this date I served the within document(s):

**DECLARATION OF NEIL A. GOTEINER IN SUPPORT OF COUPONS' MOTION TO DIRECT THE PARTIES TO RETURN TO EARLY NEUTRAL EVALUATION PURSUANT TO ADR L.R. 5-2, AND CIVIL L.R. 7**

__X__   **MAIL:** by placing a true copy thereof, addressed as set forth below and enclosed in a sealed envelope with postage thereon fully prepaid and deposited for collection and mailing with the U.S. Postal Service. I am readily familiar with the ordinary business practice of this office for processing mail.

> Harold J. McElhinny
> Morrison & Foerster
> 425 Market Street
> San Francisco, CA  94105

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed in San Francisco, California on **December 5, 2008**.

　　　　　　　　　　　　　　_/s/_____
　　　　　　　　　　　　　　Lawrence L. Coles

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

DECLARATION OF N. GOTEINER ISO
MOTION TO DIRECT PARTIES TO RETURN
TO ENE / USDC 5:07-CV-03457 HRL

- 3 -

22675\1782508.1