Neil A. Goteiner (State Bar No. 083524)
Dennis M. Cusack (State Bar No. 124988)
Carly O. Alameda (State Bar No. 244424)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: ngoteiner@fbm.com, dcusack@fbm.com,
calameda@fbm.com

Attorneys for Plaintiff
COUPONS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

COUPONS, INC.,

              Plaintiff,

    vs.

JOHN STOTTLEMIRE, and DOES 1-10,

          Defendants.

Case No. 5:07-CV-03457 HRL

**[PROPOSED] ORDER GRANTING COUPONS' MOTION TO DIRECT THE PARTIES TO RETURN TO EARLY NEUTRAL EVALUATION PURSUANT TO ADR L.R. 5-2, and CIVIL L.R. 7.**

Date:      January 27, 2009
Time:     10:00 a.m.
Courtroom: 2
Judge:    Honorable Howard R. Lloyd

      The Court has considered Plaintiff Coupons, Inc.'s Motion to Direct The Parties To Return to Early Neutral Evaluation Pursuant to ADR Local Rule 5-2 and Civil Local Rule 7, and any opposition filed by Defendant. The Court finds good cause for the parties to return to ENE with Evaluator Harold McElhinny.

      IT IS HEREBY ORDERED that Plaintiff's Motion to Direct The Parties To Return to Early Neutral Evaluation Pursuant to ADR Local Rule 5-2 and Civil Local Rule 7 is GRANTED. The parties shall conduct a follow up ENE session at a time mutually agreed upon by the parties and Mr. McElhinny, but no later than February 27, 2009.

DATED: _____

                               _____
                                 Hon. Howard R. Lloyd
                                 United States Magistrate Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING COUPONS' MOTION TO
DIRECT THE PARTIES TO RETURN TO EARLY NEUTRAL
EVALUATION / USDC/NDC/SJ 5:07-CV-03457 HRL

22675\1782722.1

1

**PROOF OF SERVICE**

2

     I, the undersigned, declare that I am a resident of the State of California, employed in the

3

County of San Francisco, over the age of eighteen years and not a party to the within action. My business address is: Farella Braun + Martel LLP, 235 Montgomery Street, 17th Floor, San

4

Francisco, California 94104.

5

     On this date I served the within document(s):

6

**[PROPOSED] ORDER GRANTING COUPONS' MOTION TO DIRECT THE PARTIES**
**TO RETURN TO EARLY NEUTRAL EVALUATION PURSUANT TO ADR L.R. 5-2, and**

7

**CIVIL L.R. 7.**

8

  **X**    **MAIL:** by placing a true copy thereof, addressed as set forth below and enclosed in a

9

sealed envelope with postage thereon fully prepaid and deposited for collection and mailing with the U.S. Postal Service. I am readily familiar with the ordinary business practice of this office for

10

processing mail.

11

Harold J. McElhinny
Morrison & Foerster

12

425 Market Street
San Francisco, CA 94105

13

14

     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

15

     I declare under penalty of perjury under the laws of the State of California that the above

16

is true and correct. Executed in San Francisco, California on **December 5, 2008**.

17

18

          /s/

19

          Lawrence L. Coles

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER DENYING DEFENDANT'S
ADMINISTRATIVE MOTION TO SET STATUS
CONFERENCE / USDC/NDC/SJ 5:07-CV-03457 HRL

- 2 -

22675\1782722.1