John A. Stottlemire
4509 Wayland Court
High Point, NC 27265
Telephone: (614) 358-4185
Email: johna@stottlemire.com
Defendant, *pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> JOHN STOTTLEMIRE <br><br> Defendant | Case No. 5:07-CV-03457 HRL <br><br> **DEFENDANT'S NOTICE OF CHANGE OF ADDRESS PURSUANT TO CIVIL LOCAL RULE 3-11(a)** <br><br> Courtroom: 2, 5th Floor <br> Judge: Hon. Howard R. Lloyd |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD

Please take notice that effective this date; Defendant Stottlemire's ("Stottlemire") address has changed. Stottlemire's new address is:

    4509 Wayland Court
    High Point, NC 27265

Dated: December 16, 2008　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　John Stottlemire
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Defendant, *pro se*

Defendant's Notice of Change of Address Pursuant to Civil Local Rule 3-11(a)
No. 5:07-CV-03457 HRL