| | |
|---|---|
| 1 | John A. Stottlemire |
| 2 | 4509 Wayland Court<br>High Point, NC 27265<br>Telephone: (614) 358-4185 |
| 3 | Email: johna@stottlemire.com |
| 4 | Defendant, *pro se* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| COUPONS, INC., a California corporation, | ) | Case No. 5:07-cv-03457 HRL |
| Plaintiff, | ) ) | **[PROPOSED] ORDER GRANTING DEFENDANT DEFENDANT'S MOTION** |
| v. | ) ) | **TO STAY DISCOVERY PENDING RESOLUTIOIN OF HIS SOON-TO-BE** |
| JOHN STOTTLEMIRE | ) ) | **FILED MOTION TO SUMMARILY ENFORCE SETTLEMENT AGREEMENT** |
| Defendant | ) ) |  |

The court has considered the motion and opposition, if any, and finding good cause exists, the court GRANTS the motion to stay discovery pending resolution of his soon-to-be filed motion to summarily enforce settlement agreement. The Court orders that plaintiff shall not seek any discovery before this Court rules on defendant's soon-to-be filed motion to summarily enforce settlement agreement; and it is further

ORDERED that defendant will file his motion to summarily enforce settlement agreement with this Court on or before January 31, 2009.

Dated: January 27, 2009

_____
Hon. Howard R. Lloyd
Magistrate Judge

[PROPOSED] Order Granting Defendant's Motion to Stay Discovery Pending Resolution of his soon-to-be filed Motion to Summarily Enforce Settlement Agreement
No. 5:07-cv-03457 HRL