1   Neil A. Goteiner (State Bar No. 083524)
    Dennis M. Cusack (State Bar No. 124988)
2   Carly O. Alameda (State Bar No. 244424)
    Farella Braun & Martel LLP
3   235 Montgomery Street, 17th Floor
    San Francisco, CA 94104
4   Telephone: (415) 954-4400
    Facsimile: (415) 954-4480
5   E-mail: ngoteiner@fbm.com, dcusack@fbm.com,
    calameda@fbm.com
6
    Attorneys for Plaintiff
7   COUPONS, INC.

8                   UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11  COUPONS, INC.,                      Case No. 5:07-CV-03457 HRL

12              Plaintiff,              REPLY TO DEFENDANT'S OPPOSITION
                                        TO MOTION TO DIRECT THE PARTIES
13          vs.                         TO RETURN TO EARLY NEUTRAL
                                        EVALUATION PURSUANT TO ADR L.R.
14  JOHN STOTTLEMIRE, and DOES 1-10,    5-2, AND CIVIL L.R. 7.

15              Defendants.             Date:      January 27, 2009
                                        Time:      10:00 a.m.
16                                      Courtroom: 2
                                        Judge:     Honorable Howard R. Lloyd
17

18

19          The Court has the power to order parties to an Early Neutral Evaluation session

20  irrespective of Stottlemire's opposition. ADR Local Rule 5-2. Coupons still believes that an

21  Early Neutral Evaluation session will aid the parties in evaluating their current legal positions and

22  reaching toward a creative solution. Although Stottlemire currently claims disinterest in

23  additional settlement assistance, [1] that is often the situation before successful ENE's. A neutral,

24  ─────────────────────
    [1] One point in Stottlemire's opposition warrants response. He states that no such breach occurred,
25  and as support he cites out of context a statement of Coupons' counsel that, "Coupons is fine with
    making everything public regarding the settlement." *See* Defendant's Opposition to Motion to
26  Direct the Parties to Return to Early Neutral Evaluation, p. ii, fn 1. Reading the entire email in
    context makes clear that Coupons' counsel wrote this email to Stottlemire after Stottlemire's
27  dissemination to the public of false and misleading information boasting of his victory in the case,
    and after Stottlemire threatened to make a motion for summary judgment to enforce the
28  settlement. Coupons' interest at that point was to set the public record straight in order to remedy
    the breach and it had offered this solution to Stottlemire. Stottlemire rejected that solution;

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO
DIRECT THE PARTIES TO RETURN TO ENE --            - 1 -                    22675\1836158.1
USDC/NDC/SJ 5:07-CV-03457 HRL

Dockets.Justia.com

third party evaluation of the parties' positions will provide guidance to the parties and may well save the Court's resources.

Coupons continues to believe that it is possible to repair the damage caused by Stottlemire's breach, short of taking this matter to judgment. Stottlemire's perspective may again change after a neutral evaluation. After all the time spent on this matter, the additional ENE time would be worth trying to work toward a creative solution.

Dated: January 13, 2009          FARELLA BRAUN & MARTEL LLP


By: _____/s/_____
                Neil A. Goteiner

Attorneys for Plaintiff
COUPONS, INC.

---

therefore, Coupons' counsel's email informed Stottlemire that given Stottlemire's tactics and his insistence on proceeding with his motion, Coupons too was fine with setting the record straight in the course of briefing that motion.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO
DIRECT THE PARTIES TO RETURN TO ENE --     - 2 -     22675\1836158.1
USDC/NDC/SJ 5:07-CV-03457 HRL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

# PROOF OF SERVICE

I, the undersigned, declare that I am a resident of the State of California, employed in the County of San Francisco, over the age of eighteen years and not a party to the within action.  My business address is:  Farella Braun + Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, California  94104.

On this date I served the within document(s):

**REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO DIRECT THE PARTIES TO RETURN TO EARLY NEUTRAL EVALUATION PURSUANT TO ADR L.R. 5-2, AND CIVIL L.R.7.**

 **X**     **BY ELECTRONIC FILING:**  the within document(s), the automatically generated notification for which constitutes service pursuant to General Order 45, Section IX(A) and (B).

John Allan Stottlemire
4509 Wayland Court
High Point, NC  27265
Telephone: 614-358-4185
E-mail:  johna@stottlemire.com
Defendant – *Pro Se*

___     **MAIL:**  by placing a true copy thereof, addressed as set forth below and enclosed in a sealed envelope with postage thereon fully prepaid and deposited for collection and mailing with the U.S. Postal Service.  I am readily familiar with the ordinary business practice of this office for processing mail.

___     **ELECTRONIC TRANSMISSION:**  a true and correct copy transmitted to each of the parties at the electronic notification address last given by said party on any document which he or she has filed in this action and served upon this office.

___     **FACSIMILE TRANSMISSION:**  a true and correct copy transmitted via facsimile to each addressee listed below.

___     **FEDERAL EXPRESS:**  by placing a true copy thereof, addressed as set forth below and enclosed in a sealed envelope for delivery by overnight courier to the addressee.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed in San Francisco, California on **January 13, 2009**.

_____
Carolyn L. Fisher

REPLY TO DEFENDANT'S OPPOSITION TO MOTION
TO DIRECT THE PARTIES TO RETURN TO  ENE --
USDC/NDC/SJ 5:07-CV-03457 HRL

22675\1836158.1