Neil A. Goteiner (State Bar No. 083524)
ngoteiner@fbm.com
Dennis M. Cusack (State Bar No. 124988)
dcusack@fbm.com
Carly O. Alameda (State Bar No. 244424)
calameda@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
COUPONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN STOTTLEMIRE, <br><br> Defendant | Case No. 5:07-CV-03457 HRL <br><br> **PLAINTIFF COUPONS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> Date: February 24, 2009 <br> Time: 10:00 a.m. <br> Courtroom: 2 <br> Judge: Honorable Howard R. Lloyd |

Pursuant to Federal Rule of Civil Procedure 26(c) and N.D. Cal. Civil L.R. 7-11 and 79-5, plaintiff Coupons, Inc. ("Coupons") hereby requests permission to file under seal the Declaration of Steven Boal in Opposition to Defendant's Motion to Summarily Enforce the Settlement Agreement, paragraphs 16-23, dated February 3, 2009. Coupons' Administrative Motion is based upon this Motion, the Declaration of Dennis Cusack in Support of Administrative Motion to File Under Seal, and the [Proposed] Order Granting Coupons' Administrative Motion to File Under Seal.

N.D. Cal. Civil L.R. 79-5 recognizes that a court order authorizing the sealing of a document is proper when the requesting party establishes that the document contains information

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PLAINTIFF'S ADMINISTRATIVE MOTION TO
FILE UNDER SEAL 5:07-CV-03457 HRL

that is privileged and subject to protection as a trade secret or otherwise entitled to protection under the laws.

Coupons has lodged the specified portions of Mr. Boal's declaration under seal. As set forth in the accompanying Cusack Declaration, such information is entitled to protection because the redacted portions contain sensitive business information and communications that were made in a confidential manner. Coupons has included this information in support of its opposition to Stottlemire's motion in response to the Court's request to explain the prejudice to Coupons that Stottlemire's fraud and breach have created.

The public dissemination of this information, however, would serve to further prejudice Coupons' business interests. The probability of Stottlemire publicizing this information significantly increases without the Court entering the requested sealing order. Stottlemire's actions to date leave little doubt of this risk of publication absent a sealing order.

For the foregoing reasons, Coupons respectfully requests that the Court enter an order allowing it to file under seal the Declaration of Steven Boal in Opposition to Defendant's Motion to Summarily Enforce the Settlement Agreement, paragraphs 16-23.

Dated: February 3, 2009　　　　　　　　　　　FARELLA BRAUN + MARTEL LLP


By: ___/s/_____
　　　Dennis M. Cusack

22675\1857063.1

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PLAINTIFF'S ADMINISTRATIVE MOTION TO
FILE UNDER SEAL 5:07-CV-03457 HRL

2