Neil A. Goteiner (State Bar No. 083524)
Dennis M. Cusack (State Bar No. 124988)
Carly O. Alameda (State Bar No. 244424)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: ngoteiner@fbm.com, dcusack@fbm.com,
calameda@fbm.com

Attorneys for Plaintiff
COUPONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN STOTTLEMIRE, <br><br> Defendant. | Case No. 5:07-CV-03457 HRL <br><br> **NOTICE OF ENTRY OF ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on February 13, 2009, the Honorable Howard R. Lloyd, U.S. Magistrate Judge of the U.S. District Court, Northern District of California, San Jose Division, had filed "Order Granting Plaintiff's Administrative Motion to Seal." Judge Lloyd's Order is attached hereto as Exhibit A.

Dated: February 17, 2009                         FARELLA BRAUN & MARTEL LLP


                                                 By:  /s/
                                                      Carly O. Alameda

                                                 Attorneys for Plaintiff
                                                 COUPONS, INC.

NOTICE OF ENTRY OF ORDER /
USDC/NDC/SJ 5:07-CV-03457 HRL                                          22675\1869851.1

# EXHIBIT A

# TO

# ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL

*E-filed 2/13/09*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., | Case No. CV 07-03457 HRL |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL** |
| v. | |
| JOHN STOTTLEMIRE, | Re: Docket No. 140 |
| Defendant. | |

Plaintiff Coupons, Inc. moves for an order sealing paragraphs 16-23 of the Declaration of Steven Boal. Defendant opposes the motion, asserting that plaintiff has failed to meet its burden to articulate its "compelling interest" in keeping the information out of the public record. The court has reviewed the unredacted declaration and notes that it is heavy on opinion, conjecture, and speculation. Nevertheless, in light of the record in this case, the court finds that paragraphs 16-23 should be sealed.

**IT IS SO ORDERED.**

Dated: 2/13/09

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT VIA ECF.
2  Counsel are responsible for providing copies of this order to co-counsel.

3  Dated: 2/13/09

4                                       /s/ mpk
                              Chambers of Magistrate Judge Lloyd

# PROOF OF SERVICE

I, the undersigned, declare that I am a resident of the State of California, employed in the County of San Francisco, over the age of eighteen years and not a party to the within action. My business address is: Farella Braun + Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, California 94104.

On this date I served the within document(s):

**NOTICE OF ENTRY OF ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL**

**X**    **BY ELECTRONIC FILING:** the within document(s), the automatically generated notification for which constitutes service pursuant to General Order 45, Section IX(A) and (B).

> John Allan Stottlemire
> 4509 Wayland Court
> High Point, NC 27265
> Telephone: (614) 358-4185
> E-mail: johna@stottlemire.com
> Defendant – *Pro Se*

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed in San Francisco, California on **February 17, 2009**.

/s/
Lawrence L. Coles

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NOTICE OF ENTRY OF ORDER / USDC/NDC/SJ 5:07-CV-03457 HRL

- 2 -

22675\1869851.1