# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

# Civil Minute Order

Date:   February 24, 2009                                                  Time in Court: 25 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

---

**TITLE:**   Coupons, Inc. v. John Stottlemire
**CASE NUMBER**: C07-03457HRL
Plaintiff Attorney present: Dennis Cusack
Defendant Attorney present: John Stottlemire, in pro se

---

**PROCEEDINGS: Defendant's Motion to Enforce Settlement**


Counsel present arguments.

Matter is taken under submission.  Court to issue written ruling.