1  Neil A. Goteiner (State Bar No. 083524)
   Dennis M. Cusack (State Bar No. 124988)
2  Carly O. Alameda (State Bar No. 244424)
   Farella Braun & Martel LLP
3  235 Montgomery Street, 17th Floor
   San Francisco, CA  94104
4  Telephone:  (415) 954-4400
   Facsimile:  (415) 954-4480
5  E-mail:  ngoteiner@fbm.com, dcusack@fbm.com,
   calameda@fbm.com
6
   Attorneys for Plaintiff
7  COUPONS, INC.

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12  COUPONS, INC.,                          Case No.  5:07-CV-03457 HRL

13             Plaintiff,                    **STIPULATION FOR DISMISSAL WITH
                                             PREJUDICE PURSUANT TO**
14       vs.                                 **SETTLEMENT AGREEMENT**

15  JOHN STOTTLEMIRE, and DOES 1-10,

16             Defendants.

17

18       Plaintiff Coupons, Inc. and Defendant John Stottlemire hereby submit this Stipulation to

19  dismiss this case with prejudice.

20       WHEREAS, the parties participated in an Early Neutral Evaluation with Harold

21  McElhinny on November 13, 2008, and entered a Settlement Agreement at that time; and

22       WHEREAS, the Settlement Agreement provides among other things that Coupons, Inc.

23  will dismiss the case with prejudice, and that Mr. Stottlemire will stipulate to the dismissal;

24  ///

25  ///

26  ///

27  ///

28  ///

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP FOR DISMISSAL 5:07-CV-03457 HRL

22675\1767135.1

IT IS HEREBY STIPULATED by and between the parties hereto that this action shall be dismissed in its entirety, with prejudice.

Dated: April 22, 2009                           FARELLA BRAUN & MARTEL LLP


                                                By: /s/_____
                                                    Dennis M. Cusack

                                                Attorneys for Plaintiff
                                                COUPONS, INC.

Dated: November 18, 2008


                                                By: /s/_____
                                                    John Stottlemire
                                                    Defendant, *pro se*


## ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice.


DATED: _____         _____
                                  The Honorable Howard R. Lloyd
                                  Judge of the United States District Court

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## PROOF OF SERVICE

I, the undersigned, declare that I am a resident of the State of California, employed in the County of San Francisco, over the age of eighteen years and not a party to the within action. My business address is: Farella Braun + Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, California 94104.

On this date I served the within document(s):

**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT**

**_X_   BY ELECTRONIC FILING:** the within document(s), the automatically generated notification for which constitutes service pursuant to General Order 45, Section IX(A) and (B).

**_X_   MAIL:** by placing a true copy thereof, addressed as set forth below and enclosed in a sealed envelope with postage thereon fully prepaid and deposited for collection and mailing with the U.S. Postal Service. I am readily familiar with the ordinary business practice of this office for processing mail.

John Allan Stottlemire
4509 Wayland Court
High Point, NC 27265
Telephone: 614-358-4185
E-mail: johna@stottlemire.com
Defendant – *Pro Se*

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed in San Francisco, California on **April 22, 2009**.


/s/
_____
Lawrence L. Coles