Neil A. Goteiner (State Bar No. 083524)
Dennis M. Cusack (State Bar No. 124988)
Carly O. Alameda (State Bar No. 244424)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: ngoteiner@fbm.com, dcusack@fbm.com,
calameda@fbm.com

Attorneys for Plaintiff
COUPONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| COUPONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN STOTTLEMIRE, and DOES 1-10,<br><br>Defendants. | Case No. 5:07-CV-03457 HRL<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT** |
|---|---|

Plaintiff Coupons, Inc. and Defendant John Stottlemire hereby submit this Stipulation to dismiss this case with prejudice.

WHEREAS, the parties participated in an Early Neutral Evaluation with Harold McElhinny on November 13, 2008, and entered a Settlement Agreement at that time; and

WHEREAS, the Settlement Agreement provides among other things that Coupons, Inc. will dismiss the case with prejudice, and that Mr. Stottlemire will stipulate to the dismissal;

///
///
///
///
///

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP FOR DISMISSAL 5:07-CV-03457 HRL

22675\1767135.1

dockets.Justia.com

1   IT IS HEREBY STIPULATED by and between the parties hereto that this action shall be
2   dismissed in its entirety, with prejudice.

4   Dated: April 22, 2009                FARELLA BRAUN & MARTEL LLP

6                                        By: /s/
7                                            Dennis M. Cusack

8                                        Attorneys for Plaintiff
                                         COUPONS, INC.

9   Dated: November 18, 2008

11                                       By: /s/
12                                           John Stottlemire
                                             Defendant, pro se

### ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice.

DATED: 5/1/09

_____
The Honorable Howard R. Lloyd
Judge of the United States District Court

## PROOF OF SERVICE

I, the undersigned, declare that I am a resident of the State of California, employed in the County of San Francisco, over the age of eighteen years and not a party to the within action. My business address is: Farella Braun + Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, California 94104.

On this date I served the within document(s):

**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT**

__X__  **BY ELECTRONIC FILING:** the within document(s), the automatically generated notification for which constitutes service pursuant to General Order 45, Section IX(A) and (B).

__X__  **MAIL:** by placing a true copy thereof, addressed as set forth below and enclosed in a sealed envelope with postage thereon fully prepaid and deposited for collection and mailing with the U.S. Postal Service. I am readily familiar with the ordinary business practice of this office for processing mail.

John Allan Stottlemire
4509 Wayland Court
High Point, NC 27265
Telephone: 614-358-4185
E-mail: johna@stottlemire.com
Defendant – *Pro Se*

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed in San Francisco, California on **April 22, 2009**.

/s/
Lawrence L. Coles